# EXHIBIT

# 9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| NEURAL AI, LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 7:24-cv-00221-LS-DTG |
| | § | |
| v. | § | |
| | § | |
| NVIDIA CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**RESPONSES AND OBJECTIONS OF NON-PARTY OAI INTERNATIONAL, INC. TO SUBPOENA OF PLAINTIFF NEURAL AI, LLC TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Under Federal Rule of Civil Procedure 45, non-party OAI International, Inc. ("OAI International")[1] responds and objects to the subpoena for documents (the "Subpoena") by plaintiff Neural AI, LLC and each Request for Production ("Request") as set forth below:

**GENERAL OBJECTIONS**

1. OAI International objects to the Subpoena on the grounds that the commanded place of production is not within 100 miles of any place where OAI International resides or regularly transacts business in person, and the Subpoena is therefore invalid for failure to meet the requirements of Fed. R. Civ. P. 45(c)(2)(A).

2. OAI International objects to the Subpoena on the grounds that it is untimely, does not allow OAI International sufficient time to respond, does not comport with the Federal Rules of Civil Procedure, and attempts to impose an undue burden on non-party OAI International. Discovery opened in the underlying litigation on Wednesday, July 30, 2025, and closes on

[1] The Subpoena names OpenAI, LLC. In December 2025, OpenAI, LLC converted into OAI International, Inc., a Delaware corporation.

Tuesday, August 11, 2026. Docket No. 39 at 2; Docket No. 163. Plaintiff failed to seek discovery from OAI International in a reasonable and timely fashion. Plaintiff's decision to serve the Subpoena at the eleventh hour seeks to shift the burden of their own delay onto OAI International and violates Rule 45 of the Federal Rules of Civil Procedure.

3. OAI International objects to the Subpoena on the grounds that it is unduly burdensome because the Requests are not reasonably tailored in scope.

4. OAI International objects to the Subpoena on the grounds that it seeks to impose an undue burden on OAI International, which is not a party to the underlying action.

5. OAI International objects to the Subpoena on the grounds that it seeks documents or information in the possession, custody, or control of a party to the underlying action, or that is equally available from another source that is more convenient, less burdensome, or less expensive than requiring OAI International to produce such documents or information. Non-party OAI International should not bear the burden of searching for and producing such documents or information unless and until plaintiff has exhausted all reasonable means of obtaining that information from other sources.

6. OAI International objects to the Subpoena on the grounds that it seeks documents or information that are not relevant to any party's claims or defenses and proportionate to the needs of the case.

7. OAI International objects to the Subpoena on the grounds that plaintiff has not provided sufficient information to allow OAI International to determine the scope of the underlying claims at issue, and therefore the reasonable scope of relevant production responsive to the Subpoena. Because plaintiff did not provide any documents regarding its infringement contentions, OAI International is unable to discern whether the documents or information sought

by the Subpoena are relevant to any claim or defense, and thus cannot determine its obligations, if any, to respond to the Subpoena.

8. OAI International objects to the Subpoena on the grounds that the specified date and time for compliance is unreasonable and unduly burdensome. Plaintiffs selected the date and time of production unilaterally, without consulting with OAI International. To the extent OAI International produces documents in response to the Subpoena, it will do so at a date and time mutually agreeable to the parties.

9. OAI International objects to the Subpoena to the extent it purports to require OAI International to perform more than a reasonable and diligent search for documents or information from reasonably accessible sources.

10. OAI International objects to the Subpoena to the extent it seeks documents or information that is not reasonably accessible to OAI International.

11. OAI International objects to the Subpoena on the grounds that it calls for documents or information covering an overly broad period of time.

12. OAI International objects to the Subpoena to the extent it seeks documents or information protected by any privilege, including the attorney-client privilege, work product immunity doctrine, common interest privilege, or any other applicable privilege, immunity, or restriction on discovery. Any disclosure of privileged information by OAI International in response to the Subpoena shall not waive any privilege, and OAI International expressly requests that any party that receives any privileged information produced by OAI International immediately return them and make no use of any privileged information.

13. OAI International objects to the Subpoena to the extent it seeks confidential financial, proprietary or trade secret information belonging to OAI International or a third party,

or any other information subject to a confidentiality agreement, protective order or legal duty of non-disclosure. OAI International will only produce confidential information under a suitable protective order, and only to the extent OAI International can do so consistent with its legal, contractual and other confidentiality obligations.

14. OAI International objects to the Subpoena's definition of "NVIDIA GPUs" on the grounds that it renders the Subpoena overbroad, vague and ambiguous, and unduly burdensome by listing more than 200 purported devices and also by seeking to include "any and all variations of the aforementioned products (including at least products having different options for number of GPUs)."

15. OAI International objects to the Subpoena's definition of "Document(s)," which references Federal Rules 26 and 34 but then purports to provide a definition not found in those Rules. OAI International will interpret this term as defined in the Federal Rules 26 and 34.

16. OAI International objects to the definitions of "concerning," "related to," "relating to," and "regarding" as vague, overbroad and unduly burdensome. OAI International will interpret these terms to mean concerning, reflecting, discussing or describing.

17. OAI International objects to the definition of "NVIDIA" on the grounds that the definition renders the Subpoena overbroad, vague and ambiguous, and unduly burdensome. OAI International will interpret "NVIDIA" to mean Defendant NVIDIA Corporation.

18. OAI International objects to the Subpoena's definition of "Source Code" on the grounds that it renders the Subpoena overbroad, vague and ambiguous, and unduly burdensome. OAI International will interpret this term using the common-sense English meaning of the phrase "source code."

19. OAI International objects to the Subpoena's definition of "You" and "Your" on the grounds that the definition renders the Subpoena overbroad, vague and ambiguous, and unduly burdensome. OAI International further objects to the Subpoena to the extent it seeks information not currently in the possession, custody, or control of OAI International. OAI International responds solely on behalf of itself, OAI International, Inc., and not any other person or entity. OAI International further objects to the Subpoena's definition of "You" and "Your" on the grounds that the definition includes OAI International's attorneys and requires OAI International to provide a legal conclusion or to produce documents or information that is protected by any privilege, including the attorney-client privilege, work product immunity doctrine, common interest privilege, or any other applicable privilege, immunity, or restriction on discovery.

20. OAI International objects to the Subpoena to the extent it seeks testimony or information not in OAI International's possession, custody, or control.

21. OAI International objects to the instructions set forth in paragraphs 14 through 23 of the Subpoena to the extent they purport to impose obligations on OAI International in excess of any applicable law or rules, including without limitation the Order Governing Proceedings in the underlying litigation. OAI International will respond to the Subpoena according to its obligations under the applicable law and rules.

22. OAI International may assert additional objections, or supplement its objections and responses as appropriate, particularly if plaintiff provides any additional information regarding the Subpoena or the underlying claims.

**OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

Documents sufficient to identify all software, frameworks, libraries, APIs, scripts, Source Code, configuration files, and custom code You use to perform computations on NVIDIA GPUs.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "software, frameworks, libraries, APIs, scripts"; "custom code"; and "perform computations." OAI International further objects to this Request on the grounds that it seeks information already in the possession of a party to the litigation. OAI International further objects to this Request on the grounds that it seeks information that is not within OAI International's possession, custody or control. OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective order. OAI International further objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. OAI International further objects to this Request on the grounds that it seeks information that is not reasonably accessible by OAI International without undue burden and cost. OAI International further objects to this Request on the grounds that it is improper to the extent that it is an interrogatory presented as a document request.

**REQUEST FOR PRODUCTION NO. 2:**

Documents sufficient to show whether You use NVIDIA's Aerial, Clara Parabricks, cuBLAS, cuDNN, cuFFT, cuQuantum, cuSOLVER, cuSPARSE, Drive, DriveWorks, Holoscan, Isaac, Isaac Lab, Maxine, Memory Map, Merlin, Metropolis, Modulus, Monai, Morpheus, NeMo, PyTorch, RAPIDS, Riva, Runtime Driver, TensorFlow, TensorRT, Triton, VSS (Deepstream), or any other NVIDIA software as part of computations You perform using NVIDIA GPUs.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "whether You use"; "any other NVIDIA software"; and "computations You perform." OAI International further objects to this Request on the grounds that it seeks information already in the possession of a party to the litigation. OAI International further objects to this Request on the grounds that it seeks information that is not within OAI International's possession, custody or control. OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective order. OAI International further objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. OAI International further objects to this Request on the grounds that it seeks

information that is not reasonably accessible by OAI International without undue burden and cost. OAI International further objects to this Request on the grounds that it is improper to the extent that it is an interrogatory presented as a document request.

**REQUEST FOR PRODUCTION NO. 3:**

Documents sufficient to show whether You use sample Source Code provided by NVIDIA as part of computations You perform using NVIDIA GPUs.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "whether You use"; "sample Source Code"; "provided by NVIDIA"; and "computations You perform." OAI International further objects to this Request on the grounds that it seeks information already in the possession of a party to the litigation. OAI International further objects to this Request on the grounds that it seeks information that is not within OAI International's possession, custody or control. OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective order. OAI International further objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. OAI International further objects to this Request on the grounds that it seeks information that is not reasonably accessible by OAI International without

undue burden and cost. OAI International further objects to this Request on the grounds that it is improper to the extent that it is an interrogatory presented as a document request.

**REQUEST FOR PRODUCTION NO. 4:**

Documents sufficient to show whether and how any software You use to perform computations on NVIDIA GPUs calls, invokes, interfaces with, wraps, depends on, sits on top of, modifies, extends, or implements functionality provided by CUDA, cuDNN, TensorRT, CUDA libraries, CUDA drivers, CUDA runtime, CUDA applications or frameworks or any other NVIDIA software.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "any software"; "perform computations"; and "functionality provided by . . . NVIDIA software." OAI International further objects to this Request on the grounds that it seeks information that is not within OAI International's possession, custody or control. OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective order. OAI International further objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. OAI International further objects to this Request on the grounds that it seeks information that is not reasonably

accessible by OAI International without undue burden and cost. OAI International further objects to this Request on the grounds that it is improper to the extent that it is an interrogatory presented as a document request.

**REQUEST FOR PRODUCTION NO. 5:**

Documents sufficient to show the architecture, design, data flow, control flow, and execution flow of any system in which You use NVIDIA GPUs to perform computations, including diagrams, technical specifications, design documents, Powerpoints, slide decks, internal and external presentations, Source Code, configuration files, build files, deployment files, runtime logs, and profiler traces.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "architecture, design, data flow, control flow, and execution flow"; "any system"; and "perform computations." OAI International further objects to this Request on the grounds that it seeks information that is not within OAI International's possession, custody or control. OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective order. OAI International further objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to

the subpoena. OAI International further objects to this Request on the grounds that it seeks information that is not reasonably accessible by OAI International without undue burden and cost.

**REQUEST FOR PRODUCTION NO. 6:**

Documents sufficient to show whether computations You performed using NVIDIA GPUs involved artificial neural networks, neural-network computational layers or computations with outputs as inputs for other neurons or layers.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "computations You performed"; "artificial neural networks"; "neural-network computational layers"; and "computations with outputs as inputs for other neurons or layers." OAI International further objects to this Request on the grounds that it seeks information that is not within OAI International's possession, custody or control. OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective order. OAI International further objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. OAI International further objects to this Request on the grounds that it seeks information that is not reasonably

accessible by OAI International without undue burden and cost. OAI International further objects to this Request on the grounds that it is improper to the extent that it is an interrogatory presented as a document request.

**REQUEST FOR PRODUCTION NO. 7:**

Documents sufficient to show whether You use a pointer to data stored in memory (e.g. memory bank or partition), using as an input to a subsequent computational layer the pointer to output data from a GPU computation, using pointers in neural network computations, swapping an input pointer with the pointer to data output from a GPU computation, pointer swapping, pointer rotation, buffer swapping, ping-pong buffers, double or triple buffering, alternating input/output buffers, or any other technique in which output data from one computation, layer, iteration, time step, or cycle becomes input data for a later computation, layer, iteration, time step, or cycle.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "pointer"; "subsequent computational layer"; "later computation, layer, iteration, time step, or cycle"; "data stored in memory"; "output data from a GPU computation"; and "neural network computations." OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective

order. OAI International further objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. OAI International further objects to this Request on the grounds that it seeks information that is not reasonably accessible by OAI International without undue burden and cost. OAI International further objects to this Request on the grounds that it is improper to the extent that it is an interrogatory presented as a document request.

**REQUEST FOR PRODUCTION NO. 8:**

Documents sufficient to show whether You store input data, output data, intermediate results, tensors, activations, weights, parameters, internal variables, GPU programs, kernels, textures, shaders, or other GPU-computation-related data in separate, partitioned, logical, physical, first/second, input/output, texture, shader, shared, global, device, host, pinned, GPU RAM, GPU cache(s), or unified memory regions (shared by CPU and GPU) when performing computations using NVIDIA GPUs.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "input data, output data, intermediate results, tensors, activations, weights, parameters, internal variables, GPU programs, kernels, textures, shaders, or other GPU-computation-related data"; "GPU RAM"; "GPU caches"; and "unified memory regions (shared by CPU and GPU)." OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further

objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective order. OAI International further objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. OAI International further objects to this Request on the grounds that it seeks information that is not reasonably accessible by OAI International without undue burden and cost. OAI International further objects to this Request on the grounds that it is improper to the extent that it is an interrogatory presented as a document request.

**REQUEST FOR PRODUCTION NO. 9:**

Documents sufficient to show how input data is received, acquired, stored, transferred, copied, streamed, prefetched, staged, queued, or loaded from CPU memory, host memory, system memory, storage, sensors, cameras, or other input sources to NVIDIA GPU memory including GPU RAM (e.g. GPU HBM, GDDR) and/or GPU cache(s) before, during, or in parallel with computations You perform using NVIDIA GPUs.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "received, acquired, stored, transferred, copied, streamed, prefetched, staged, queued, or loaded"; "other input sources"; "NVIDIA GPU memory"; "GPU cache(s)"; "before, during, or in parallel"; and "computations You perform." OAI International further objects to this Request on the grounds that it seeks information already in the possession of a party to the litigation. OAI International

further objects to this Request on the grounds that it seeks information that is not within OAI International's possession, custody or control. OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective order. OAI International further objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. OAI International further objects to this Request on the grounds that it seeks information that is not reasonably accessible by OAI International without undue burden and cost. OAI International further objects to this Request on the grounds that it is improper to the extent that it is an interrogatory presented as a document request.

**REQUEST FOR PRODUCTION NO. 10:**

Documents sufficient to show how output data from a GPU computation(s), intermediate results of GPU computations, tensors, buffers, activations, variables, or other computation results are stored, transferred, copied, streamed, written back, returned, accumulated, reused, or made available including asynchronously from NVIDIA GPU memory to CPU memory, host memory, system memory, storage, display, network, or another memory location before, during, or in parallel with computations You perform using NVIDIA GPUs and also including in the opposite direction, copying data from CPU or host or other memory to a queue for GPU computation while other GPU computations are occurring.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "intermediate results"; "asynchronously from NVIDIA GPU to CPU memory"; "before, during, or in parallel"; "computations You perform"; "queue"; and "while other GPU computations are occurring." OAI International further objects to this Request on the grounds that it seeks information already in the possession of a party to the litigation. OAI International further objects to this Request on the grounds that it seeks information that is not within OAI International's possession, custody or control. OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective order. OAI International further objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. OAI International further objects to this Request on the grounds that it seeks information that is not reasonably accessible by OAI International without undue burden and cost. OAI International further objects to this Request on the grounds that it is improper to the extent that it is an interrogatory presented as a document request.

**REQUEST FOR PRODUCTION NO. 11:**

Documents sufficient to show how computations You perform using NVIDIA GPUs are scheduled, ordered, controlled, queued, synchronized, parallelized, launched, interrupted, resumed, or executed, including through kernels, CUDA streams, CUDA graphs, events, threads, controllers, schedulers, compilers, runtimes, inference engines, run lists, run engines, or custom software.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "computations You perform"; "scheduled, ordered, controlled, queued, synchronized, parallelized, launched, interrupted, resumed, or executed"; and "custom software." OAI International further objects to this Request on the grounds that it seeks information already in the possession of a party to the litigation. OAI International further objects to this Request on the grounds that it seeks information that is not within OAI International's possession, custody or control. OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective order. OAI International further objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. OAI International further objects to this Request on the

grounds that it seeks information that is not reasonably accessible by OAI International without undue burden and cost. OAI International further objects to this Request on the grounds that it is improper to the extent that it is an interrogatory presented as a document request.

**REQUEST FOR PRODUCTION NO. 12:**

Documents sufficient to show whether and how user inputs, user commands, configuration changes, parameter changes, model changes, computational-element changes, input changes, interruptions, or display/output changes affect computations You perform using NVIDIA GPUs and/or queue them for GPU computation.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

In addition to the foregoing general objections, which OAI International incorporates herein by reference, OAI International further objects to this Request on the grounds that it is unduly burdensome and overbroad. OAI International further objects to this Request on the grounds that it is vague and ambiguous, including without limitation as to the phrases "user inputs, user commands, configuration changes, parameter changes, model changes, computational-element changes, input changes, interruptions, or display/output changes"; and "computations You perform." OAI International further objects to this Request on the grounds that it seeks information already in the possession of a party to the litigation. OAI International further objects to this Request on the grounds that it seeks information that is not within OAI International's possession, custody or control. OAI International further objects to this Request on the grounds that it seeks information not relevant to any claim or defense and not proportionate to the needs of the case. OAI International further objects to this Request on the grounds that it seeks information that is highly confidential, proprietary, that contains trade secrets, or is subject to a confidentiality agreement or protective order. OAI International further

objects to this Request on the grounds that the issuing party failed to take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. OAI International further objects to this Request on the grounds that it seeks information that is not reasonably accessible by OAI International without undue burden and cost. OAI International further objects to this Request on the grounds that it is improper to the extent that it is an interrogatory presented as a document request.

Date: July 16, 2026

Respectfully submitted,

______________________________

Matthew S. Warren
Erika H. Warren
Madeline A. Woodall
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-221@cases.warrenllp.com

*Attorneys for Non-Party OAI International, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2026, I served the foregoing responses and objections on counsel for Neural AI, LLC at the following address:

Emily Portuguese
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York, 10001

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service. On the same day, I also sent a courtesy copy of these responses and objections by electronic mail to eportuguese@susmangodfrey.com.

Kailey Fung