# EXHIBIT

# 11

**Wednesday, August 5, 2026 at 5:36:25 PM Pacific Daylight Time**

**Subject:** RE: Neural AI, LLC v. NVIDIA Corporation, No. 24-221 (W.D. Texas)
**Date:** Wednesday, July 8, 2026 at 11:32:16 AM Pacific Daylight Time
**From:** Emily Portuguese
**To:** Matt Warren
**CC:** Neural AI, LLC vs. NVIDIA Corporation, Rocco Magni, Max Tribble, Brian Melton, Tamar Lusztig, Tanner Laiche, Samuel Drezdzon, Rachel Hanna, Richard Wojtczak

Hi Matt,

I'm looping in my colleagues as well.

Thank you for reaching out. Given the upcoming close of fact discovery, Neural AI is not able to agree to a two-week extension. That said, we can agree to a one-week extension for Open AI's written objections/responses to the subpoena(s), making the new deadline July 16, 2026. We can likewise agree to move the deposition date by one week.

Thanks,
Emily

**Emily Portuguese** | **Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Matt Warren <matt@warrenllp.com>
**Sent:** Tuesday, July 7, 2026 4:59 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Cc:** Neural AI, LLC vs. NVIDIA Corporation <24-221@cases.warrenllp.com>
**Subject:** Neural AI, LLC v. NVIDIA Corporation, No. 24-221 (W.D. Texas)

EXTERNAL Email
Emily:

It's nice to meet you. I write in response to your subpoenas to OpenAI, LLC. In December 2025, OpenAI, LLC converted into OAI International, Inc., a Delaware corporation. I represent OAI International, Inc., as a non-party respondent to your subpoenas. I write to request the industry standard two-week extension of time to respond and object to the subpoenas, until July 23, 2026.

Could you please confirm your agreement? Thank you for your anticipated courtesy, and I look forward to working with you in this matter.

Best Regards,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928