# EXHIBIT

# 12

**Wednesday, August 5, 2026 at 5:35:39 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Neural AI, LLC v. NVIDIA Corporation, No. 24-221 (W.D. Texas) |
| **Date:** | Wednesday, August 5, 2026 at 8:01:04 AM Pacific Daylight Time |
| **From:** | Tanner Laiche |
| **To:** | Rocco Magni, Matt Warren, Max Tribble, Emily Portuguese, Tamar Lusztig, Samuel Drezdzon |
| **CC:** | Neural AI, LLC v. NVIDIA Corporation |
| **Attachments:** | Neural AI, Third-Party Questions.docx, Neural AI, Draft Third-Party Declaration.docx |

Counsel,

I am following up on this thread.

As you know, OpenAI was initially served with subpoenas on June 24. After OpenAI objected to the noticed place of compliance and declined to engage substantively regarding the requests and topics based on that alleged enforceability issue, Neural AI re-served substantively identical subpoenas with a different place of compliance.

OpenAI's responses to the re-served subpoenas are due Friday, but it has been in receipt of the same requests and topics for over a month. Because document discovery in the underlying action closes on August 11, Neural AI must be prepared to move to compel on Monday, August 10, to preserve its rights. Accordingly, unless OpenAI's forthcoming responses reflect materially different positions from those previously asserted or otherwise provide a concrete basis to believe the parties can promptly resolve the outstanding issues, Neural AI intends to move to compel on Monday.

To reduce burden and potentially avoid motion practice, I am attaching a short set of questions intended to guide OpenAI's investigation and help identify the responsive information. I am also attaching a draft declaration, which OpenAI may revise as necessary to ensure its accuracy. If OpenAI commits to providing an executed declaration, Neural AI is willing to consider accepting the declaration in lieu of further document production and/or deposition testimony, subject to resolving any material gaps.

Even if a motion becomes necessary, we remain open to resolving the issues promptly and mooting or withdrawing the motion through compliance.

We are available this week to meet and confer further as necessary.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 l tlaiche@susmangodfrey.com
401 Union Street l Suite 3000 l Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Wednesday, July 22, 2026 at 7:01 AM
**To:** Matt Warren <matt@warrenllp.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>
**Cc:** Neural AI, LLC v. NVIDIA Corporation <24-221@cases.warrenllp.com>
**Subject:** Re: Neural AI, LLC v. NVIDIA Corporation, No. 24-221 (W.D. Texas)

Ok Let's do 4:30 pacific today.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

**From:** Matt Warren <matt@warrenllp.com>
**Date:** Wednesday, July 22, 2026 at 12:16 AM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>
**Cc:** Neural AI, LLC v. NVIDIA Corporation <24-221@cases.warrenllp.com>
**Subject:** Neural AI, LLC v. NVIDIA Corporation, No. 24-221 (W.D. Texas)

EXTERNAL Email

On Tue, Jul 21, 2026 at 5:10 PM Rocco Magni <RMagni@susmangodfrey.com> wrote:

> Unfortunately I am tied up after 11:30 est until the evening. I could do 3:30 pac tomorrow. Would that work?

I am in a meeting until 4:30 p.m. PDT tomorrow, but could talk then. Let me know. Thank you.

Best Regards,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928