# EXHIBIT

# 15

September 22, 2025 Company

# OpenAI and NVIDIA announce strategic partnership to deploy 10 gigawatts of NVIDIA systems

Listen to article 3:00 Share

**News**

- Strategic partnership enables OpenAI to build and deploy at least 10 gigawatts of AI datacenters with NVIDIA systems representing millions of GPUs for OpenAI's next-generation AI infrastructure.
- To support the partnership, NVIDIA intends to invest up to $100 billion in OpenAI progressively as each gigawatt is deployed.
- The first gigawatt of NVIDIA systems will be deployed in the second half of 2026 on NVIDIA's Vera Rubin platform.

**San Francisco and Santa Clara—September 22, 2025**—NVIDIA and OpenAI today announced a letter of intent for a landmark strategic partnership to deploy at least 10 gigawatts of NVIDIA systems for OpenAI's next-generation AI infrastructure to train and run its next generation of models on the path to deploying superintelligence. To support this deployment including datacenter and power capacity, NVIDIA intends to invest up to $100 billion in OpenAI as the new NVIDIA systems are deployed. The first phase is targeted to come online in the second half of 2026 using NVIDIA's Vera Rubin platform.

"NVIDIA and OpenAI have pushed each other for a decade, from the first DGX supercomputer to the breakthrough of ChatGPT," said Jensen Huang, founder and CEO of NVIDIA. "This investment and infrastructure partnership mark the next leap forward—deploying 10 gigawatts to power the next era of intelligence."

"Everything starts with compute," said Sam Altman, co-founder and CEO of OpenAI. "Compute infrastructure will be the basis for the economy of the future, and we will utilize what we're building with NVIDIA to both create new AI breakthroughs and empower people and businesses with them at scale."

Brockman, co-founder and President of OpenAI. "We've utilized their platform to create AI systems that hundreds of millions of people use every day. We're excited to deploy 10 gigawatts of compute with NVIDIA to push back the frontier of intelligence and scale the benefits of this technology to everyone."

OpenAI will work with NVIDIA as a preferred strategic compute and networking partner for its AI factory growth plans. OpenAI and NVIDIA will work together to co-optimize their roadmaps for OpenAI's model and infrastructure software and NVIDIA's hardware and software.

This partnership complements the deep work OpenAI and NVIDIA are already doing with a broad network of collaborators, including Microsoft, Oracle, SoftBank, and Stargate partners, focused on building the world's most advanced AI infrastructure.

OpenAI has grown to over 700 million weekly active users and strong adoption across global enterprises, small businesses, and developers. This partnership will help OpenAI advance its mission to build artificial general intelligence that benefits all of humanity.

NVIDIA and OpenAI look forward to finalizing the details of this new phase of strategic partnership in the coming weeks.

2025

Author

OpenAI

## Keep reading

View all



Apple is getting this wrong

Company Aug 3, 2026



Continuous voice interaction with GPT Live

Engineering Aug 3, 2026



Building abundant intelligence

Company Jul 31, 2026

Deployment Safety ↗

Security & Privacy

Trust & Transparency

Resources ↗

Developer Forum ↗

OpenAI © 2015–2026 Your privacy choices

English United States