# EXHIBIT

# 17

# Careers at OpenAI

738 jobs All teams All locations

| | | | |
|---|---|---|---|
| 3P Silicon Architect | Datacenter Design | 2 locations | Apply now ↗ |
| 3P Systems Architect | Datacenter Design | 2 locations | Apply now ↗ |
| Abuse Investigator | Intelligence & Investigations | New York City | Apply now ↗ |
| Academic Research Partnerships & Programs Lead | Partnerships | 2 locations | Apply now ↗ |
| Account Associate - EMEA | Sales | Dublin, Ireland | Apply now ↗ |
| Account Associate- EMEA (French Speaking) | Sales | Dublin, Ireland | Apply now ↗ |
| Account Associate - EMEA (German Speaking) | Sales | Dublin, Ireland | Apply now ↗ |
| Account Associate, Japan | Sales | Tokyo, Japan | Apply now ↗ |
| Account Associate - SF | Sales | San Francisco | Apply now ↗ |
| Account Associate - SF (Portuguese speaking) | Sales | San Francisco | Apply now ↗ |
| Account Associate - Singapore | Sales | Singapore | Apply now ↗ |
| Account Associate - Singapore (Korean-speaking) | Sales | Singapore | Apply now ↗ |
| Account Director, Digital Native Large Enterprise | Sales | 3 locations | Apply now ↗ |
| Account Director, Digital Native New Business | Sales | 4 locations | Apply now ↗ |
| Account Director, Digital Natives | Sales | Tokyo, Japan | Apply now ↗ |
| Account Director, Digital Natives Growth | Go To Market | San Francisco | Apply now ↗ |
| Account Director, Digital Natives - Nordics | Sales | Stockholm, Sweden | Apply now ↗ |
| Account Director, Education | Sales | Sydney, Australia | Apply now ↗ |
| Account Director, Federal Partnerships | OpenAI for Gov | Washington, DC | Apply now ↗ |
| Account Director, FSI - Japan | Sales | Tokyo, Japan | Apply now ↗ |
| Account Director, Healthcare | Sales | 3 locations | Apply now ↗ |
| Account Director, Insurance | Sales | New York City | Apply now ↗ |
| Account Director, Large Enterprise | Sales | Seoul, South Korea | Apply now ↗ |
| Account Director, Large Enterprise | Sales | 2 locations | Apply now ↗ |
| Account Director, Large Enterprise | Go To Market | Madrid, Spain | Apply now ↗ |
| Account Director, Large Enterprise | Go To Market | Stockholm, Sweden | Apply now ↗ |

| | | | |
|---|---|---|---|
| Account Director, Large Enterprise \| Life Sciences | Sales | London, UK | Apply now ↗ |
| Account Director, Large Enterprise \| Retail | Go To Market | Munich, Germany | Apply now ↗ |
| Account Director, Life Sciences | Sales | 2 locations | Apply now ↗ |
| Account Director, Manufacturing | Sales | Remote - US | Apply now ↗ |
| Account Director, Mid-Market | Sales | Singapore | Apply now ↗ |
| Account Director, Mid-Market | Sales | Sydney, Australia | Apply now ↗ |
| Account Director, Mid-Market Enterprise | Sales | San Francisco | Apply now ↗ |
| Account Director, Oil & Gas | Sales | Remote - US | Apply now ↗ |
| Account Director, Professional Services | Sales | 2 locations | Apply now ↗ |
| Account Director, Public Sector - Tokyo | Sales | Tokyo, Japan | Apply now ↗ |
| Account Director, Startups | Sales | Sydney, Australia | Apply now ↗ |
| Account Director, Strategic Banking | Sales | New York City | Apply now ↗ |
| Account Director - Tokyo | Sales | Tokyo, Japan | Apply now ↗ |
| Accounting Manager | Finance | San Francisco | Apply now ↗ |
| Administrative Business Partner / Executive Business Partner | Executive Operations | San Francisco | Apply now ↗ |
| Advanced Packaging Reliability Engineer | Hardware | San Francisco | Apply now ↗ |
| Agentic Risk Analyst | Intelligence & Investigations | San Francisco | Apply now ↗ |
| Agent Post-Training, API & Power Users | Agents | San Francisco | Apply now ↗ |
| Agent Post-Training, Artifacts Research | Agents | San Francisco | Apply now ↗ |
| Agent Post-Training, Computer Use Research | Agents | San Francisco | Apply now ↗ |
| Agent Post-Training, Connectors Research | Agents | San Francisco | Apply now ↗ |
| Agent Post-Training, Context Research | Agents | San Francisco | Apply now ↗ |
| Agent Post-Training, Frontier Evals and Environments Research | Agents | San Francisco | Apply now ↗ |
| Agent Post-Training, Personality | Agents | San Francisco | Apply now ↗ |
| Agent Post-Training Research | Agents | San Francisco | Apply now ↗ |
| AI Deployment Engineer | Technical Success | Delhi, India | Apply now ↗ |
| AI Deployment Engineer | Technical Success | Sydney, Australia | Apply now ↗ |
| AI Deployment Engineer | Technical Success | Seoul, South Korea | Apply now ↗ |
| AI Deployment Engineer, Agent Enablement | Technical Success | San Francisco | Apply now ↗ |
| AI Deployment Engineer- Codex | Technical Success | San Francisco | Apply now ↗ |
| AI Deployment Engineer, Codex \| India | Technical Success | 2 locations | Apply now ↗ |

| | | | |
|---|---|---|---|
| AI Deployment Engineer, Cyber | Technical Success | Singapore | Apply now ↗ |
| AI Deployment Engineer, Cyber | Technical Success | Tokyo, Japan | Apply now ↗ |
| AI Deployment Engineer, Cyber | Technical Success | 2 locations | Apply now ↗ |
| AI Deployment Engineer, Cyber | Technical Success | Dublin, Ireland | Apply now ↗ |
| AI Deployment Engineer, Digital Natives | Technical Success | New York City | Apply now ↗ |
| AI Deployment Engineer, Digital Natives | Technical Success | 2 locations | Apply now ↗ |
| AI Deployment Engineer, Enterprise | Technical Success | 3 locations | Apply now ↗ |
| AI Deployment Engineer, Enterprise | Technical Success | São Paulo | Apply now ↗ |
| AI Deployment Engineer, Global Affairs | Technical Success | 3 locations | Apply now ↗ |
| AI Deployment Engineer, Gov | OpenAI for Gov | Washington, DC | Apply now ↗ |
| AI Deployment Engineer, Messenger Integrations | Technical Success | San Francisco | Apply now ↗ |
| AI Deployment Engineer, Plugins | Technical Success | San Francisco | Apply now ↗ |
| AI Deployment Engineer - Startups | Go To Market | London, UK | Apply now ↗ |
| AI Deployment Engineer - Startups | Technical Success | Paris, France | Apply now ↗ |
| AI Deployment Engineer, Startups | Technical Success | San Francisco | Apply now ↗ |
| AI Deployment Engineer, Startups | Technical Success | New York City | Apply now ↗ |
| AI Deployment Engineer, Startups | Technical Success | Tokyo, Japan | Apply now ↗ |
| AI Deployment Engineer - Tokyo | Technical Success | Tokyo, Japan | Apply now ↗ |
| AI Deployment Manager (Builder) - Tokyo | Technical Success | Tokyo, Japan | Apply now ↗ |
| AI Deployment Manager - Pilots - San Francisco | Technical Success | San Francisco | Apply now ↗ |
| AI Deployment Manager - San Francisco | Technical Success | San Francisco | Apply now ↗ |
| AI Success Engineer | AI Success | Singapore | Apply now ↗ |
| AI Success Engineer | AI Success | Sydney, Australia | Apply now ↗ |
| AI Success Engineer - EDU | AI Success | Singapore | Apply now ↗ |
| AI Success Engineer - EDU | AI Success | San Francisco | Apply now ↗ |
| AI Success Engineer, Government | OpenAI for Gov | 2 locations | Apply now ↗ |
| AI Success Engineer - Healthcare & Life Sciences | AI Success | New York City | Apply now ↗ |
| AI Success Engineer - Healthcare & Life Sciences | AI Success | San Francisco | Apply now ↗ |
| AI Success Engineer - Seoul, South Korea | AI Success | Seoul, South Korea | Apply now ↗ |
| AI Success Engineer - Tokyo | AI Success | Tokyo, Japan | Apply now ↗ |
| AI Support Engineer, Biosciences - San Francisco | Support Delivery | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| AI Support Engineer, Government - San Francisco | Support Delivery | San Francisco | Apply now ↗ |
| AI Support Engineer, Government - Washington, D.C. | Support Delivery | Washington, DC | Apply now ↗ |
| AI Support Engineer - San Francisco | Support Delivery | San Francisco | Apply now ↗ |
| AI Support Engineer - San Francisco (Weekend Shift) | Support Delivery | San Francisco | Apply now ↗ |
| AI Support Engineer - Singapore | Support Delivery | Singapore | Apply now ↗ |
| AI Systems Engineer, Codex Agents | Codex - Engineering | San Francisco | Apply now ↗ |
| Analytics Engineer, Safety Systems | Applied AI Engineering | San Francisco | Apply now ↗ |
| Analytics Engineer, SMB | Data Science | San Francisco | Apply now ↗ |
| Android Engineer, Ad Formats | Applied AI Engineering | San Francisco | Apply now ↗ |
| Android Engineer, Applied Foundations | Applied AI Engineering | San Francisco | Apply now ↗ |
| APAC Export Lead, Ads Solutions | Ads Solutions | Singapore | Apply now ↗ |
| APAC Sales Development Leader | Go To Market | Singapore | Apply now ↗ |
| Applied AI Engineer, Codex Core Agent | Codex - Engineering | 4 locations | Apply now ↗ |
| Applied AI Software Engineer, GTM Growth Engineering | Growth | San Francisco | Apply now ↗ |
| Applied Data Science & Insights Leader - GTM Intelligence Solutions and Technical Success | Data Science | San Francisco | Apply now ↗ |
| ASIC Firmware Engineer, Modeling | Hardware | San Francisco | Apply now ↗ |
| Associate General Counsel, Commercial – Infrastructure | Legal | San Francisco | Apply now ↗ |
| Associate General Counsel, Hardware IP | Legal | San Francisco | Apply now ↗ |
| AWS Specialist Sellers, Strategic Pursuits | Sales | 2 locations | Apply now ↗ |
| AWS Specialist Seller, Strategic Pursuits | Sales | 3 locations | Apply now ↗ |
| AWS Specialist Seller, Strategic Pursuits | Sales | Singapore | Apply now ↗ |
| B2B Marketing Lead, India | Marketing | India - Remote | Apply now ↗ |
| B2B Marketing Lead, Korea | Marketing | Seoul, South Korea | Apply now ↗ |
| Backend Engineer, Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| Backend Software Engineer, Applied Foundations | Applied AI Engineering | 2 locations | Apply now ↗ |
| Backend Software Engineer (Evals) | Support Automation | 2 locations | Apply now ↗ |
| Backend Software Engineer, GTM Innovation | GTM Innovation | San Francisco | Apply now ↗ |
| BIM Coordinator / BIM Designer | Datacenter Design | 3 locations | Apply now ↗ |
| Brand Protection Manager | Legal | San Francisco | Apply now ↗ |
| Business Affairs Manager | Marketing | San Francisco | Apply now ↗ |
| Business Development Lead, Compute Strategy | Compute | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Business Operations Partner, Transportation Program | Workplace | San Francisco | Apply now ↗ |
| Camera Software Engineer, Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| Capacity Systems Software Engineer | Compute | San Francisco | Apply now ↗ |
| ChatGPT Performance Engineer | Applied AI Engineering | 4 locations | Apply now ↗ |
| Clean Energy and New Technology Lead | Scaling | 3 locations | Apply now ↗ |
| Client Partner, Ads Solutions | Ads Solutions | 2 locations | Apply now ↗ |
| Communications Manager, Monetization | Communications | San Francisco | Apply now ↗ |
| Community Engagement Lead - Effingham County / Savannah MSA | Datacenter Design | Remote - US | Apply now ↗ |
| Compensation Business Partner, GTM | Total Rewards | 2 locations | Apply now ↗ |
| Competitive Intelligence Lead | Strategy & Operations | 2 locations | Apply now ↗ |
| Component and Product Quality Engineer, Interconnects | Hardware | San Francisco | Apply now ↗ |
| Compute & Infrastructure Accounting Manager | Finance | San Francisco | Apply now ↗ |
| Connectivity Software Engineer, Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| Construction Manager, Industrial Compute | Datacenter Design | 3 locations | Apply now ↗ |
| Consumer Lifestyle Communications Manager | Communications | San Francisco | Apply now ↗ |
| Corporate Security Manager | Corporate Security | San Francisco | Apply now ↗ |
| Corporate Security Operations Manager, Mountain View | Corporate Security | Mountain View | Apply now ↗ |
| Corporate Security Program Manager | Corporate Security | San Francisco | Apply now ↗ |
| Counsel, Commercial | Legal | San Francisco | Apply now ↗ |
| CPU/Storage/PoP-WAN Program Manager | Datacenter Design | 2 locations | Apply now ↗ |
| CPU Storage Tech Lead | Compute | 2 locations | Apply now ↗ |
| Credit and Collections Lead | Finance | San Francisco | Apply now ↗ |
| Customer Education, Content & Systems Operations Lead | GTM Readiness | San Francisco | Apply now ↗ |
| Customer Learning Program Lead | Technical Success | San Francisco | Apply now ↗ |
| Customer Marketing Manager, Enterprise and Digital Natives | Marketing | San Francisco | Apply now ↗ |
| Customer Success Manager - Ads Solutions | Ads Solutions | Munich, Germany | Apply now ↗ |
| Customer Success Manager - Ads Solutions | Ads Solutions | Paris, France | Apply now ↗ |
| Customer Success Manager - Ads Solutions | Ads Solutions | Dublin, Ireland | Apply now ↗ |
| Customer Success Manager, Ads Solutions | Ads Solutions | 2 locations | Apply now ↗ |
| Customer Success Manager, Ads Solutions | Ads Solutions | Singapore | Apply now ↗ |
| Customer Success Manager, Ads Solutions (Mumbai) | Ads Solutions | Mumbai, India | Apply now ↗ |

| | | | |
|---|---|---|---|
| Cybersecurity & Technology Audit Leader | Finance | San Francisco | Apply now ↗ |
| Cyber Specialist | Sales | 3 locations | Apply now ↗ |
| Data Center Compute Infrastructure | Compute | 3 locations | Apply now ↗ |
| Data Center Compute, OpenHouse Savannah 2026 | Compute | 3 locations | Apply now ↗ |
| Data Center Controls Network Engineer | Datacenter Design | San Francisco | Apply now ↗ |
| Data Center Design Engineer, Electrical - Industrial Compute | Scaling | San Francisco | Apply now ↗ |
| Data Center Infrastructure Electrical Engineer | Datacenter Design | 3 locations | Apply now ↗ |
| Data Center Infrastructure Engineering Program Manager (Network and Whitespace) | Datacenter Design | 3 locations | Apply now ↗ |
| Datacenter Networking Technician, AI Compute Deployment - Stargate | Datacenter Design | San Francisco | Apply now ↗ |
| Data Center Research & Development Engineer, Mechanical - Industrial Compute | Datacenter Design | San Francisco | Apply now ↗ |
| Data Engineer | Applied AI Engineering | San Francisco | Apply now ↗ |
| Data Engineer, Core Experimentation | Applied AI Engineering | Seattle | Apply now ↗ |
| Data Engineer, CPU & Storage | Analytics | San Francisco | Apply now ↗ |
| Data Engineer, People Innovation Labs | People Innovation Labs | San Francisco | Apply now ↗ |
| Data Engineer, Scaling Analytics | Analytics | San Francisco | Apply now ↗ |
| Data Scientist, Ads Demand | Data Science | San Francisco | Apply now ↗ |
| Data Scientist, Business | Data Science | 2 locations | Apply now ↗ |
| Data Scientist, Codex | Data Science | San Francisco | Apply now ↗ |
| Data Scientist, Core Experimentation | Data Science | Seattle | Apply now ↗ |
| Data Scientist, Financial Engineering | Data Science | San Francisco | Apply now ↗ |
| Data Scientist, GTM & Enterprise AI Acceleration | Data Science | San Francisco | Apply now ↗ |
| Data Scientist, GTM Intelligence | Data Science | San Francisco | Apply now ↗ |
| Data Scientist, Identity | Data Science | San Francisco | Apply now ↗ |
| Data Scientist, Inference Capacity Optimization | Workload | San Francisco | Apply now ↗ |
| Data Scientist, Infrastructure | Data Science | San Francisco | Apply now ↗ |
| Data Scientist, Platform and B2B Products | Data Science | San Francisco | Apply now ↗ |
| Data Scientist, Preparedness | Data Science | San Francisco | Apply now ↗ |
| Data Scientist, Product | Data Science | 2 locations | Apply now ↗ |
| Data Scientist, Safety | Data Science | 2 locations | Apply now ↗ |
| Data Scientist, SMB Ads Growth | Data Science | San Francisco | Apply now ↗ |
| Deal Lead, Special Situations (Semiconductors) | Special Situations | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Deployed Product Manager, Codex | Codex - Engineering | San Francisco | Apply now ↗ |
| Design Verification Engineer | Hardware | San Francisco | Apply now ↗ |
| Developer Experience Engineer | Developer Experience | San Francisco | Apply now ↗ |
| Developer Experience Engineer | Developer Experience | Seoul, South Korea | Apply now ↗ |
| Developer Experience Engineer (Mandarin-Speaking) | Developer Experience | Singapore | Apply now ↗ |
| Developer Marketing Lead, APAC | Marketing | Singapore | Apply now ↗ |
| Device Safety & Risk Operations Specialist, User Safety & Risk Operations | Trust & Safety | San Francisco | Apply now ↗ |
| Director, Compute & Infrastructure FP&A | Strategic Finance | San Francisco | Apply now ↗ |
| Director of Product Finance, Compute & Infrastructure Demand | Strategic Finance | 3 locations | Apply now ↗ |
| Director, Technical Accounting , Revenue & Strategic Partnerships | Finance | San Francisco | Apply now ↗ |
| Early Access Deployment Engineer | Technical Success | San Francisco | Apply now ↗ |
| Economist | Finance | San Francisco | Apply now ↗ |
| Electrical Commissioning Lead | Datacenter Design | San Francisco | Apply now ↗ |
| Electrical Engineer, Robotics | Robotics | San Francisco | Apply now ↗ |
| Employer Brand Manager | Recruiting | 3 locations | Apply now ↗ |
| Engineering Manager, Cooperative Systems | Support Automation | Seattle | Apply now ↗ |
| Engineering Manager, Core Experimentation | Applied AI | Seattle | Apply now ↗ |
| Engineering Manager, Distillation & Detection Platform | Applied AI Engineering | San Francisco | Apply now ↗ |
| Engineering Manager, Identity & Access Platform | Security | San Francisco | Apply now ↗ |
| Engineering Manager, MLE | Applied AI Engineering | San Francisco | Apply now ↗ |
| Engineering Manager, Model Flywheel | Applied AI Engineering | San Francisco | Apply now ↗ |
| Engineering Manager, Multimodal (API) | B2B Applications | San Francisco | Apply now ↗ |
| Engineering Manager, Online Data Systems | Applied AI Engineering | San Francisco | Apply now ↗ |
| Engineering Manager, Premium | Applied AI Engineering | San Francisco | Apply now ↗ |
| Engineering Manager, Sensitive Deployments | Applied AI Engineering | Mountain View | Apply now ↗ |
| Enterprise Application Data Architect, GTM Systems | Finance | San Francisco | Apply now ↗ |
| Enterprise Field Marketer | Marketing | San Francisco | Apply now ↗ |
| Enterprise Marketing Lead, Japan | Marketing | Tokyo, Japan | Apply now ↗ |
| Enterprise Sales Manager, Banking | Go To Market | New York City | Apply now ↗ |
| Enterprise Systems Manager, Recruiting Systems | Finance | San Francisco | Apply now ↗ |
| Environmental Health & Safety Lead - Datacenter | Compute | 3 locations | Apply now ↗ |

| | | | |
|---|---|---|---|
| EU Policy & Partnerships Manager | Global Affairs | Remote - Brussels | Apply now ↗ |
| Executive Business Partner, B2B Ads Solutions | Executive Operations | New York City | Apply now ↗ |
| Executive Business Partner, Korea | Executive Operations | Seoul, South Korea | Apply now ↗ |
| Executive Programs Narrative Lead | Marketing | San Francisco | Apply now ↗ |
| Extended Workforce Program Manager | Finance | San Francisco | Apply now ↗ |
| Facilities Operations Lead - Compute | Datacenter Design | 3 locations | Apply now ↗ |
| Facilities Operations Manager | Datacenter Design | 3 locations | Apply now ↗ |
| Federal Account Director, Intelligence Community | OpenAI for Gov | Washington, DC | Apply now ↗ |
| Field Engineer | Robotics | San Francisco | Apply now ↗ |
| Field Security Specialist (Cyber Security Solutions Engineer) | Technical Success | Dublin, Ireland | Apply now ↗ |
| Field Security Specialist (Cyber Security Solutions Engineer) | Technical Success | San Francisco | Apply now ↗ |
| Field Security Specialist (Cyber Security Solutions Engineer) | Technical Success | Singapore | Apply now ↗ |
| Field Security Specialist (Cyber Security Solutions Engineer) | Technical Success | Tokyo, Japan | Apply now ↗ |
| Finance & Operations Audit Leader | Finance | San Francisco | Apply now ↗ |
| Firmware Engineer, Robotics | Robotics | San Francisco | Apply now ↗ |
| Firmware Engineer, RTOS, Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| Forward Deployed Engineer - Dublin | Forward Deployed Engineering | Dublin, Ireland | Apply now ↗ |
| Forward Deployed Engineer (FDE), Healthcare - NYC | Forward Deployed Engineering | New York City | Apply now ↗ |
| Forward Deployed Engineer (FDE), Healthcare - Seattle | Forward Deployed Engineering | Paris, France | Apply now ↗ |
| Forward Deployed Engineer (FDE), Healthcare - SF | Forward Deployed Engineering | San Francisco | Apply now ↗ |
| Forward Deployed Engineer (FDE) - NYC | Forward Deployed Engineering | New York City | Apply now ↗ |
| Forward Deployed Engineer (FDE) - Seattle | Forward Deployed Engineering | Seattle | Apply now ↗ |
| Forward Deployed Engineer (FDE) - SF | Forward Deployed Engineering | San Francisco | Apply now ↗ |
| Forward Deployed Engineer, Gov | OpenAI for Gov | 3 locations | Apply now ↗ |
| Forward Deployed Engineer - London | Forward Deployed Engineering | London, UK | Apply now ↗ |
| Forward Deployed Engineer - Madrid | Forward Deployed Engineering | Madrid, Spain | Apply now ↗ |
| Forward Deployed Engineer - Munich | Forward Deployed Engineering | Munich, Germany | Apply now ↗ |
| Forward Deployed Engineer - Paris | Forward Deployed Engineering | Paris, France | Apply now ↗ |
| Forward Deployed Engineer - Seoul | Forward Deployed Engineering | Seoul, South Korea | Apply now ↗ |
| Forward Deployed Engineer - Singapore | Forward Deployed Engineering | Singapore | Apply now ↗ |
| Forward Deployed Engineer - Stockholm | Forward Deployed Engineering | Stockholm, Sweden | Apply now ↗ |

| | | | |
|---|---|---|---|
| Forward Deployed Engineer - UAE | Forward Deployed Engineering | Abu Dhabi, UAE | Apply now ↗ |
| Forward Deployed Engineer - Zurich | Forward Deployed Engineering | Zurich, Switzerland | Apply now ↗ |
| Forward Deployed Security Engineer | Security | Washington, DC | Apply now ↗ |
| Forward Deployed Software Engineer - Dublin | Forward Deployed Engineering | Dublin, Ireland | Apply now ↗ |
| Forward Deployed Software Engineer - London | Forward Deployed Engineering | London, UK | Apply now ↗ |
| Forward Deployed Software Engineer - Munich | Forward Deployed Engineering | Munich, Germany | Apply now ↗ |
| Forward Deployed Software Engineer - NYC | Forward Deployed Engineering | New York City | Apply now ↗ |
| Forward Deployed Software Engineer - Paris | Forward Deployed Engineering | Paris, France | Apply now ↗ |
| Forward Deployed Software Engineer - Seattle | Forward Deployed Engineering | Seattle | Apply now ↗ |
| Forward Deployed Software Engineer - SF | Forward Deployed Engineering | San Francisco | Apply now ↗ |
| Founding Data Scientist, Pricing & Monetization | Data Science | 2 locations | Apply now ↗ |
| Founding Full Stack Software Engineer, Legal | Applied AI Engineering | San Francisco | Apply now ↗ |
| Frontend Engineer, Financial Web Platform | Applied AI Engineering | San Francisco | Apply now ↗ |
| Frontier AI Risks Lead | Intelligence & Investigations | San Francisco | Apply now ↗ |
| Full-Stack Engineer, ChatGPT Education & Learning | Applied AI Engineering | San Francisco | Apply now ↗ |
| Full Stack Engineer, Fleet Scheduling | Fleet Clusters | San Francisco | Apply now ↗ |
| Full Stack Engineer, Intelligence Systems | Intelligence & Investigations | San Francisco | Apply now ↗ |
| Fullstack Engineer, Safety Engineering | Safety Systems | San Francisco | Apply now ↗ |
| Full Stack Software Engineer, Agent Enablement | Codex - Engineering | San Francisco | Apply now ↗ |
| Full Stack Software Engineer, API Experience | Core Product & Platform \| API | New York City | Apply now ↗ |
| Full-Stack Software Engineer, Applied Foundations | Applied AI Engineering | 2 locations | Apply now ↗ |
| Full Stack Software Engineer, ChatGPT Finances | Applied AI Engineering | San Francisco | Apply now ↗ |
| Full Stack Software Engineer, ChatGPT ImageGen | Applied AI Engineering | San Francisco | Apply now ↗ |
| Full Stack Software Engineer, Codex | Codex - Engineering | 2 locations | Apply now ↗ |
| Full Stack Software Engineer, Codex Cloud Apps | Codex - Engineering | 2 locations | Apply now ↗ |
| Full Stack Software Engineer, Cybersecurity Products | Codex - Engineering | San Francisco | Apply now ↗ |
| Full Stack Software Engineer, Growth | Applied AI Engineering | San Francisco | Apply now ↗ |
| Full Stack Software Engineer, GTM Innovation | GTM Innovation | San Francisco | Apply now ↗ |
| Full Stack Software Engineer, Health AI | Applied AI Engineering | San Francisco | Apply now ↗ |
| Full Stack Software Engineer, OpenAI Edu | Applied AI Engineering | San Francisco | Apply now ↗ |
| Full-Stack SWE, Data Acquisition (Foundations) | Foundations | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Government and Community Affairs Manager | Global Affairs | 2 locations | Apply now ↗ |
| Government Partnerships Communications Lead | Communications | Washington, DC | Apply now ↗ |
| GRC Program Manager, Product and Customer Trust | Security | 4 locations | Apply now ↗ |
| GRC Program Manager, US Government Compliance | Security | Washington, DC | Apply now ↗ |
| Growth - Digital Marketing (Business) | Applied AI | 2 locations | Apply now ↗ |
| Growth - Digital Marketing (Consumer) | Applied AI | San Francisco | Apply now ↗ |
| Growth - Digital Marketing (Enterprise) | Applied AI | 2 locations | Apply now ↗ |
| Growth Lead, SMB Ads | Marketing | San Francisco | Apply now ↗ |
| Growth - Lifecycle Lead | Applied AI | 2 locations | Apply now ↗ |
| Growth Marketing, Creative System and Optimization | Applied AI | 2 locations | Apply now ↗ |
| Growth Marketing Manager, SMB Ads | Marketing | San Francisco | Apply now ↗ |
| Growth Product Marketing Manager | Applied AI | 2 locations | Apply now ↗ |
| GTM Enablement Lead | Enablement | India - Remote | Apply now ↗ |
| GTM Incentive Design | Go To Market | San Francisco | Apply now ↗ |
| GTM Process & Operations | Revenue Operations | San Francisco | Apply now ↗ |
| GTM Strategy & Operations, Digital Native | Go To Market | San Francisco | Apply now ↗ |
| GTM Strategy & Operations, India & South East Asia | Revenue Operations | Singapore | Apply now ↗ |
| GTM Strategy & Operations, Overlay | Revenue Operations | San Francisco | Apply now ↗ |
| GTM Strategy & Operations, Professional Services | Special Situations | San Francisco | Apply now ↗ |
| GTM Strategy & Operations, Strategic Programs | Go To Market | San Francisco | Apply now ↗ |
| GTM Technical Onboarding Program Manager | Enablement | San Francisco | Apply now ↗ |
| Hardware Exploratory - Singapore | XYZ - Consumer Products \| Restricted | Singapore | Apply now ↗ |
| Hardware Operations Engineer | Datacenter Design | San Francisco | Apply now ↗ |
| Hardware Platform Security Architect | Security | Remote - US | Apply now ↗ |
| Hardware / Software CoDesign Engineer - 3P | Hardware | 2 locations | Apply now ↗ |
| Hardware Technical Program Manager, Infrastructure Partner Operations | Datacenter Design | San Francisco | Apply now ↗ |
| Hardware Tools Engineer | Hardware | San Francisco | Apply now ↗ |
| Head of Ads Enterprise Marketing | Marketing | San Francisco | Apply now ↗ |
| Head of Communications, Business | Marketing | San Francisco | Apply now ↗ |
| Head of Competitive Intelligence | Strategy & Operations | 2 locations | Apply now ↗ |
| Head of Government Cyber Integration, OpenAI for Government | OpenAI for Gov | Washington, DC | Apply now ↗ |

| | | | |
|---|---|---|---|
| Head of Scaled, Ads Solutions | Go To Market | San Francisco | Apply now ↗ |
| Host Systems Software Engineer | Hardware | San Francisco | Apply now ↗ |
| HRBP, Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| Industrial Compute | Datacenter Design | Remote - US | Apply now ↗ |
| Industry Product Marketing Manager | Marketing | San Francisco | Apply now ↗ |
| Inference Engineer, Robotics | Robotics | San Francisco | Apply now ↗ |
| Inference Technical Lead, On-Device Transformers | Consumer Products | San Francisco | Apply now ↗ |
| Integrated Marketing Manager, Government | Marketing | Washington, DC | Apply now ↗ |
| Internal Communications, Enterprise & Growth | Communications | 2 locations | Apply now ↗ |
| International Strategy & Operations Lead | Growth | 2 locations | Apply now ↗ |
| Inventory and Cost Accounting Lead | Finance | San Francisco | Apply now ↗ |
| Inventory Manager - Robotics | Robotics | San Francisco | Apply now ↗ |
| iOS Engineer, Applied Foundations | Applied AI Engineering | San Francisco | Apply now ↗ |
| IT Controls Data Engineer | IT | San Francisco | Apply now ↗ |
| IT Logistics Lead, Singapore | IT | Singapore | Apply now ↗ |
| IT Solutions Engineer | IT | San Francisco | Apply now ↗ |
| IT Support Dublin, EMEA Regional Lead | IT | Dublin, Ireland | Apply now ↗ |
| IT Support Singapore, APAC Regional Lead | IT | Singapore | Apply now ↗ |
| IT Support Specialist | IT | 3 locations | Apply now ↗ |
| Land Development & Due Diligence Lead | Datacenter Design | Remote - US | Apply now ↗ |
| Lead, Incidents & Escalations, User Operations | Support Delivery | San Francisco | Apply now ↗ |
| Lead Safety Engineer, Robotics | Robotics | San Francisco | Apply now ↗ |
| Lead Thermal Simulation Engineer | Robotics | San Francisco | Apply now ↗ |
| Machine Learning Engineer, Distributed Data Systems - Robotics | Robotics | San Francisco | Apply now ↗ |
| Machine Learning Engineer, Integrity | Applied AI Engineering | San Francisco | Apply now ↗ |
| M&A Integration | Finance | San Francisco | Apply now ↗ |
| Manager, AI Deployment Engineering - Digital Natives | Technical Success | New York City | Apply now ↗ |
| Manager, AI Deployment Engineering - Digital Natives | Technical Success | San Francisco | Apply now ↗ |
| Manager, AI Deployment Engineering - Enterprise | Technical Success | New York City | Apply now ↗ |
| Manager, AI Deployment Engineering - Large Enterprise | Go To Market | London, UK | Apply now ↗ |
| Manager, Field Security Specialists (Cyber Solutions Engineering | Technical Success | Dublin, Ireland | Apply now ↗ |

| | | | |
|---|---|---|---|
| Manager, Forward Deployed Engineering | Forward Deployed Engineering | San Francisco | Apply now ↗ |
| Manager, Forward Deployed Engineering - London | Forward Deployed Engineering | London, UK | Apply now ↗ |
| Manager, Forward Deployed Engineering - Munich | Forward Deployed Engineering | Munich, Germany | Apply now ↗ |
| Manager, Forward Deployed Engineer - Tokyo | Forward Deployed Engineering | Tokyo, Japan | Apply now ↗ |
| Manager, Solutions Engineering - Digital Natives | Technical Success | Dublin, Ireland | Apply now ↗ |
| Manufacturing Test Engineer | Hardware | Singapore | Apply now ↗ |
| Market Research Lead | Marketing | San Francisco | Apply now ↗ |
| Market Research Lead | Marketing | San Francisco | Apply now ↗ |
| Mechanical Commissioning Project Engineer | Datacenter Design | San Francisco | Apply now ↗ |
| Mechanical Design Engineer | Robotics | San Francisco | Apply now ↗ |
| Mechanical Engineer, Sensing | Robotics | San Francisco | Apply now ↗ |
| Mechanical Engineer, Soft Goods Design | Robotics | San Francisco | Apply now ↗ |
| ML Research Engineer - Hardware Codesign | Hardware | San Francisco | Apply now ↗ |
| Model Designer | Applied AI | San Francisco | Apply now ↗ |
| Model Policy | Model Policy | San Francisco | Apply now ↗ |
| Model Policy, Chemical & Biological Risk | Model Policy | San Francisco | Apply now ↗ |
| Model Policy, Frontier Cyber Risk | Model Policy | San Francisco | Apply now ↗ |
| NeoCloud & Colo Due Diligence Lead | Datacenter Design | 3 locations | Apply now ↗ |
| Networking Operating System Firmware Engineer | Hardware | San Francisco | Apply now ↗ |
| Network Operations Engineer, AI Networking | Datacenter Design | San Francisco | Apply now ↗ |
| Network Operations Engineer - Network Activation | Scaling | San Francisco | Apply now ↗ |
| Offensive Security Agent Engineer | Security | 5 locations | Apply now ↗ |
| Offensive Security Engineer, Agent Products | Security | 5 locations | Apply now ↗ |
| Operations Exploratory | XYZ - Consumer Products \| Restricted | Singapore | Apply now ↗ |
| Operations Program Manager - Robotics Data Acquisition | Robotics | San Francisco | Apply now ↗ |
| Optical Network Engineer | Hardware | San Francisco | Apply now ↗ |
| Order Management & Billing | Finance | San Francisco | Apply now ↗ |
| Order Management & Billing, Ads | Finance | San Francisco | Apply now ↗ |
| Order Management & Billing - Lead | Finance | San Francisco | Apply now ↗ |
| Order Management & Billing Lead, Cloud Marketplaces & Partnerships - AWS | Finance | San Francisco | Apply now ↗ |
| Partner AI Deployment Engineer | Technical Success | 2 locations | Apply now ↗ |

| | | | |
|---|---|---|---|
| Partner AI Deployment Engineer - AWS | Technical Success | Sydney, Australia | Apply now ↗ |
| Partner AI Deployment Engineer - AWS | Technical Success | Seoul, South Korea | Apply now ↗ |
| Partner Director | Partnerships | Tokyo, Japan | Apply now ↗ |
| Partner Director, HCL, Wipro & Cognizant | Partnerships | 2 locations | Apply now ↗ |
| Performance Modeling Engineer | Compute | 2 locations | Apply now ↗ |
| Performance Modeling Engineer -2 | Compute | 2 locations | Apply now ↗ |
| Performance Modeling Lead | Compute | 2 locations | Apply now ↗ |
| Performance & Systems Engineer, Codex | Research | San Francisco | Apply now ↗ |
| Platform Operations Program Manager | Trust & Safety | San Francisco | Apply now ↗ |
| Power Land Developer, Development & Power Projects | Datacenter Design | 3 locations | Apply now ↗ |
| Pricing Strategist | Strategic Finance | San Francisco | Apply now ↗ |
| Pricing Strategist, API | Finance | San Francisco | Apply now ↗ |
| Pricing Strategist - Go to Market Pricing | Strategic Finance | San Francisco | Apply now ↗ |
| Principal, Export Controls | Finance | San Francisco | Apply now ↗ |
| Principal Recruiter, Strategic AI Talent | Research Program Management | San Francisco | Apply now ↗ |
| Principal Security Engineer, Infrastructure Security | Security | 4 locations | Apply now ↗ |
| Principal Software Engineer, B2B Engineering | B2B Applications | Remote - US | Apply now ↗ |
| Principal Software Engineer, Codex Cyber | Applied AI | San Francisco | Apply now ↗ |
| Principal Software Engineer, Infrastructure Security | Security | 4 locations | Apply now ↗ |
| Principal Software Engineer, Simulation | Applied AI Engineering | San Francisco | Apply now ↗ |
| Procurement Enablement Lead | Finance | San Francisco | Apply now ↗ |
| Procurement Portfolio & Delivery Lead | Finance | San Francisco | Apply now ↗ |
| Product Designer, People Innovation Labs | People Innovation Labs | San Francisco | Apply now ↗ |
| Product Engagement Manager, User Operations | Support Operations | San Francisco | Apply now ↗ |
| Product Engagement Specialist, User Operations | Support Operations | San Francisco | Apply now ↗ |
| Product Engineer, Enterprise AI Platform | Finance | San Francisco | Apply now ↗ |
| Product Engineer, GTM Innovation | GTM Innovation | San Francisco | Apply now ↗ |
| Product Manager, API Agents | Product Management | San Francisco | Apply now ↗ |
| Product Manager, API Infrastructure | Product Management | San Francisco | Apply now ↗ |
| Product Manager, Codex Security Controls & Partner Interfaces | Security Products | Remote - US | Apply now ↗ |
| Product Manager, Core Models | Product Management | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Product Manager, Financial Engineering | Product Management | San Francisco | Apply now ↗ |
| Product Manager, IT | IT | San Francisco | Apply now ↗ |
| Product Manager, Legal | Applied AI | San Francisco | Apply now ↗ |
| Product Manager, Safety Measurement | Product Management | San Francisco | Apply now ↗ |
| Product Manager, Sensitive Deployments | Product Management | San Francisco | Apply now ↗ |
| Product Manufacturing Engineer | Scaling | Singapore | Apply now ↗ |
| Product Marketing Manager, Research & Safety | Marketing | San Francisco | Apply now ↗ |
| Product Partnerships Lead, India | Product Partnerships | India - Remote | Apply now ↗ |
| Product Policy - Youth Policy Manager | Product Policy | San Francisco | Apply now ↗ |
| Program Manager, Alignment | Research Program Management | San Francisco | Apply now ↗ |
| Program Manager, Critical Harm Operations | Trust & Safety | San Francisco | Apply now ↗ |
| Program Manager - IT Operations | IT | San Francisco | Apply now ↗ |
| Program Manager, Technology Capital Builds | IT | London, UK | Apply now ↗ |
| Protection Scientist Engineer, Integrity | Applied AI Engineering | 2 locations | Apply now ↗ |
| Protection Scientist Engineer, Integrity | Applied AI Engineering | London, UK | Apply now ↗ |
| Prototyping Lab Technician, Robotics | Robotics | San Francisco | Apply now ↗ |
| Quality Engineer - Rack Infrastructure & Site Operations - Stargate | Datacenter Design | San Francisco | Apply now ↗ |
| Quantitative Intelligence Analyst | Intelligence & Investigations | San Francisco | Apply now ↗ |
| Recruiter, AI/ML Research | Recruiting | San Francisco | Apply now ↗ |
| Recruiter, AI/ML Research EMEA | Recruiting | London, UK | Apply now ↗ |
| Regional Client Partner, Ads Solutions | Ads Solutions | Paris, France | Apply now ↗ |
| Regional Client Partner, Ads Solutions | Ads Solutions | Munich, Germany | Apply now ↗ |
| Regional Client Partner, Ads Solutions | Ads Solutions | São Paulo | Apply now ↗ |
| Regional Client Partner, Ads Solutions | Ads Solutions | Dublin, Ireland | Apply now ↗ |
| Regional Client Partner, Ads Solutions (Mumbai) | Ads Solutions | Mumbai, India | Apply now ↗ |
| Regional Manager, Ads Solutions (APAC) | Ads Solutions | Singapore | Apply now ↗ |
| Regional Sales Manager, Ads Solutions EMEA | Ads Solutions | Dublin, Ireland | Apply now ↗ |
| Release Engineer \| Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| RE/RS, Data Understanding - Foundations | Foundations | San Francisco | Apply now ↗ |
| RE/RS, Data Understanding (MM) | Foundations | San Francisco | Apply now ↗ |
| RE / RS - Foundations, Search | Foundations | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Research Engineer | Research | San Francisco | Apply now ↗ |
| Research Engineer, Codex | Research | San Francisco | Apply now ↗ |
| Research Engineer, Frontier Evals & Environments | Agents | San Francisco | Apply now ↗ |
| Research Engineer, Privacy | Security | San Francisco | Apply now ↗ |
| Research Engineer / Research Scientist / AI Systems Engineer, RSI | Research | San Francisco | Apply now ↗ |
| Research Engineer / Research Scientist - Personal AGI, Memory | Post-training | San Francisco | Apply now ↗ |
| Research Engineer/Research Scientist- Personal AGI, Model Experience | Post-training | San Francisco | Apply now ↗ |
| Research Engineer/Research Scientist - Personal AGI, North Stars | Post-training | San Francisco | Apply now ↗ |
| Research Engineer / Research Scientist - Personal AGI, Personality and Model Behavior | Post-training | San Francisco | Apply now ↗ |
| Research Engineer / Research Scientist - Personal AGI, Personalization | Post-training | San Francisco | Apply now ↗ |
| Research Engineer / Research Scientist- Personal AGI (Post Training) | Post-training | San Francisco | Apply now ↗ |
| Research Engineer / Research Scientist -Personal AGI, Proactivity | Post-training | San Francisco | Apply now ↗ |
| Research Engineer/Research Scientist, RL/Reasoning | Reasoning | San Francisco | Apply now ↗ |
| Research Engineer, Retrieval & Search, Applied Engineering | Applied AI Engineering | San Francisco | Apply now ↗ |
| Researcher, Alignment | Alignment | San Francisco | Apply now ↗ |
| Researcher, Alignment CoT Monitorability | Alignment | San Francisco | Apply now ↗ |
| Researcher, Frontier Biological and Chemical Risks | Safety Systems | San Francisco | Apply now ↗ |
| Researcher, Frontier Cybersecurity Risks | Safety Systems | San Francisco | Apply now ↗ |
| Researcher, Health AI | Safety Systems | San Francisco | Apply now ↗ |
| Researcher, Interpretability | Safety Systems | San Francisco | Apply now ↗ |
| Researcher, Multimodal Safety | Safety Systems | San Francisco | Apply now ↗ |
| Researcher, Robustness & Safety Training | Safety Systems | San Francisco | Apply now ↗ |
| Researcher, Safety Oversight | Safety Systems | San Francisco | Apply now ↗ |
| Researcher, Synthetic RL | Research | San Francisco | Apply now ↗ |
| Researcher, Training | Training | San Francisco | Apply now ↗ |
| Researcher, Training - London | Training | London, UK | Apply now ↗ |
| Research Program Manager – Adversarial Model Research | Human Data | San Francisco | Apply now ↗ |
| Research Program Manager, Data Acquisition | Research Program Management | San Francisco | Apply now ↗ |
| Research Program Manager, Human Data Campaigns | Research Program Management | San Francisco | Apply now ↗ |
| Research Scientist | Research | San Francisco | Apply now ↗ |
| Research Scientist - Multimodal Agent, Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Revenue Operations Business Partner - Technical Success | Revenue Operations | San Francisco | Apply now ↗ |
| Robotics Software Engineer | Robotics | San Francisco | Apply now ↗ |
| Safety Response Operations Lead | Trust & Safety | Singapore | Apply now ↗ |
| Safety Transparency Editor, Safety Systems | Marketing | San Francisco | Apply now ↗ |
| Sales Development Manager, Enterprise (AMER) | Go To Market | San Francisco | Apply now ↗ |
| Salesforce Ads Systems Engineer | Finance | San Francisco | Apply now ↗ |
| Sales Strategy & Operations - Central | Revenue Operations | Remote - US | Apply now ↗ |
| Secure Manufacturing & Stealth Investigator | Security | San Francisco | Apply now ↗ |
| Secure Manufacturing & Stealth Partner, Marketing | Security | San Francisco | Apply now ↗ |
| Security Engineer, Agent Security | Security | 2 locations | Apply now ↗ |
| Security Engineer, Application Security | Security | New York City | Apply now ↗ |
| Security Engineer, Application Security | Security | 2 locations | Apply now ↗ |
| Security Engineer, Application Security | Security | Seattle | Apply now ↗ |
| Security Engineer, Detection and Response | Security | 4 locations | Apply now ↗ |
| Security Engineer, Detection and Response | Security | 3 locations | Apply now ↗ |
| Security Engineer, Detection and Response - EMEA | Security | 3 locations | Apply now ↗ |
| Security Engineer, Host Assurance | Security | 2 locations | Apply now ↗ |
| Security Engineer, Infrastructure Security | Security | 4 locations | Apply now ↗ |
| Security Engineer, Insider Threat Detection & Response | Security | 4 locations | Apply now ↗ |
| Security Operations Manager, Paris | Corporate Security | Paris, France | Apply now ↗ |
| Security Preparedness Lead, Coding Agents | Preparedness | San Francisco | Apply now ↗ |
| Security Researcher, Agentic AI Threats | Preparedness | San Francisco | Apply now ↗ |
| Senior Account Based Marketing Strategist | Marketing | San Francisco | Apply now ↗ |
| Senior Counsel, AI Product | Legal | San Francisco | Apply now ↗ |
| Senior Counsel, Commercial (Robotics) | Legal | San Francisco | Apply now ↗ |
| Senior Counsel, Corporate (M&A) | Legal | San Francisco | Apply now ↗ |
| Senior Credit & Collections | Finance | San Francisco | Apply now ↗ |
| Senior Leasing & Strategy Manager, Real Estate & Workplace | Workplace | San Francisco | Apply now ↗ |
| Senior Lifecycle Strategist | Marketing | San Francisco | Apply now ↗ |
| Senior Manager, Financial Reporting | Finance | San Francisco | Apply now ↗ |
| Senior Manager, Financial Risk Management | Finance | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Senior Manager, Procurement Operations | Finance | San Francisco | Apply now ↗ |
| Senior Manager, Procurement Operations - Hardware | Finance | San Francisco | Apply now ↗ |
| Senior Manager, Revenue Accounting, Ads | Finance | San Francisco | Apply now ↗ |
| Senior Manager, Revenue Accounting - Strategic Deals | Finance | San Francisco | Apply now ↗ |
| Senior Manager, Revenue Recognition - Strategic Deals | Finance | San Francisco | Apply now ↗ |
| Senior Manager, Technical Accounting, Compute Infrastructure | Finance | San Francisco | Apply now ↗ |
| Senior Marketing Strategist, Paid & New Demand Channels | Marketing | San Francisco | Apply now ↗ |
| Senior Mid-Market & SMB Demand Strategist | Marketing | San Francisco | Apply now ↗ |
| Senior RTL Engineer, Interconnect Design | Hardware | San Francisco | Apply now ↗ |
| Senior Software Engineer - Research Platform, Consumer Devices | Research | San Francisco | Apply now ↗ |
| Senior Staff Software Engineer, Engineering Acceleration \| Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| Senior Staff Software Engineer, Gov | B2B Applications | 3 locations | Apply now ↗ |
| Senior Staff Software Engineer, Identity Infrastructure Engineering | IT | San Francisco | Apply now ↗ |
| Senior Support Engineer - Dublin | Support Delivery | Dublin, Ireland | Apply now ↗ |
| Senior Support Engineer - San Francisco | Support Delivery | San Francisco | Apply now ↗ |
| Senior Technical Program Manager - Security | Security | 5 locations | Apply now ↗ |
| Senior Technical Sourcer, Applications Engineering | Recruiting | 3 locations | Apply now ↗ |
| Senior Vendor Manager - SMB Sales | Sales | Dublin, Ireland | Apply now ↗ |
| Senior Webinar & Digital Events Strategist | Marketing | San Francisco | Apply now ↗ |
| Senior Workplace Operations Manager | Workplace | India - Remote | Apply now ↗ |
| Signal Integrity Engineer | Hardware | San Francisco | Apply now ↗ |
| Simulation Infrastructure Engineer | Robotics | San Francisco | Apply now ↗ |
| Site Operations Technician | Compute | 2 locations | Apply now ↗ |
| SOC Architect | Hardware | San Francisco | Apply now ↗ |
| Social Media Manager, Education & Adoption | Communications | San Francisco | Apply now ↗ |
| Software Engineer, Accelerators | Kernels | San Francisco | Apply now ↗ |
| Software Engineer, Ad Formats | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Ads Conversion Measurement | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Ads Integrity | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Ads Manager | Applied AI Engineering | Seattle | Apply now ↗ |
| Software Engineer, Ads Monetization, Revenue Platform | Applied AI Engineering | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Software Engineer, Agent Productivity | IT | San Francisco | Apply now ↗ |
| Software Engineer, AI Safety | Safety Systems | San Francisco | Apply now ↗ |
| Software Engineer, API Agents | Core Product & Platform \| API | San Francisco | Apply now ↗ |
| Software Engineer, API Enterprise Controls | Core Product & Platform \| API | San Francisco | Apply now ↗ |
| Software Engineer, API Multicloud | Core Product & Platform \| API | San Francisco | Apply now ↗ |
| Software Engineer, API Multimodal | Core Product & Platform \| API | San Francisco | Apply now ↗ |
| Software Engineer, API SDK | Core Product & Platform \| API | 3 locations | Apply now ↗ |
| Software Engineer, Backend (Cooperative AI) | Support Automation | 2 locations | Apply now ↗ |
| Software Engineer, Build Systems / CI | Applied AI Infrastructure | 3 locations | Apply now ↗ |
| Software Engineer, Caching Infrastructure | Applied AI Infrastructure | San Francisco | Apply now ↗ |
| Software Engineer, ChatGPT Infrastructure | Applied AI Infrastructure | London, UK | Apply now ↗ |
| Software Engineer, ChatGPT Infrastructure | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, ChatGPT Shopping | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Cloud Agents | Codex - Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Cloud Infrastructure | Applied AI Infrastructure | London, UK | Apply now ↗ |
| Software Engineer, Cloud Infrastructure | Applied AI Infrastructure | San Francisco | Apply now ↗ |
| Software Engineer, Codex Core Agents | Codex - Engineering | 4 locations | Apply now ↗ |
| Software Engineer, Codex Cyber | Codex - Engineering | 3 locations | Apply now ↗ |
| Software Engineer, Codex Enterprise | Codex - Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Codex Enterprise | Codex - Engineering | London, UK | Apply now ↗ |
| Software Engineer, Codex -Enterprise Controls | Codex - Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Codex — User Activation | Codex - Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Collective Communication | Systems | San Francisco | Apply now ↗ |
| Software Engineer, Compute Foundations Systems | Supercomputing | San Francisco | Apply now ↗ |
| Software Engineer, Compute Infrastructure | Compute | 4 locations | Apply now ↗ |
| Software Engineer, Computer Use & Frontier Interfaces | Codex - Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Compute - Storage | Compute | 2 locations | Apply now ↗ |
| Software Engineer, Cooperative AI | Support Automation | 2 locations | Apply now ↗ |
| Software Engineer, Core Network Engineering | Compute | San Francisco | Apply now ↗ |
| Software Engineer, Core Services | Applied AI Infrastructure | San Francisco | Apply now ↗ |
| Software Engineer, Data Acquisition | Foundations | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Software Engineer, Database Systems | Applied AI Infrastructure | San Francisco | Apply now ↗ |
| Software Engineer, Data Infrastructure | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Data Infrastructure - Research | Scaling | San Francisco | Apply now ↗ |
| Software Engineer, Delivery / CD | Applied AI Infrastructure | 3 locations | Apply now ↗ |
| Software Engineer, Developer Productivity | Applied AI Infrastructure | 3 locations | Apply now ↗ |
| Software Engineer, Distributed Data Systems - Robotics | Robotics | San Francisco | Apply now ↗ |
| Software Engineer, Engineering Acceleration \| Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| Software Engineer, Enterprise AI Platform | Finance | San Francisco | Apply now ↗ |
| Software Engineer, Enterprise Verticals | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Financial Engineering | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Fleet Hardware Health | Fleet Clusters | San Francisco | Apply now ↗ |
| Software Engineer, Fleet Infrastructure | Fleet Clusters | San Francisco | Apply now ↗ |
| Software Engineer, Fleet Management | Fleet Clusters | San Francisco | Apply now ↗ |
| Software Engineer, Foundations Search | Foundations | San Francisco | Apply now ↗ |
| Software Engineer, Frontier Systems - Power Management | Frontiers Clusters | San Francisco | Apply now ↗ |
| Software Engineer, Full Stack (People Innovation) | People Innovation Labs | 2 locations | Apply now ↗ |
| Software Engineer, Full Stack, Revenue Platform | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, GPU Infrastructure- ChatGPT Engineering | Applied AI Engineering | London, UK | Apply now ↗ |
| Software Engineer, GPU Infrastructure - HPC | Fleet Clusters | San Francisco | Apply now ↗ |
| Software Engineer, GTM Growth Engineering | Growth | San Francisco | Apply now ↗ |
| Software Engineer, Habitat (Online Data) | Applied AI Engineering | Seattle | Apply now ↗ |
| Software Engineer, Hardware | Hardware | San Francisco | Apply now ↗ |
| Software Engineer, Hardware Health | Frontiers Clusters | San Francisco | Apply now ↗ |
| Software Engineer, Inference – AMD GPU Enablement | Inference | San Francisco | Apply now ↗ |
| Software Engineer, Inference - Multi Modal | Inference | San Francisco | Apply now ↗ |
| Software Engineer, Inference - Performance Optimization | Inference | San Francisco | Apply now ↗ |
| Software Engineer, Infrastructure - Analytics Platform | Workload | San Francisco | Apply now ↗ |
| Software Engineer, Infrastructure, Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| Software Engineer, Infrastructure - Core Experimentation | Applied AI Engineering | Seattle | Apply now ↗ |
| Software Engineer, Infrastructure Security | Security | 4 locations | Apply now ↗ |
| Software Engineer, Integrity Foundations | Applied AI Engineering | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Software Engineer, Kernel Performance & AI Tooling | Hardware | San Francisco | Apply now ↗ |
| Software Engineer, Localization | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, ML Systems & Training Architecture | Robotics | San Francisco | Apply now ↗ |
| Software Engineer, Model Inference | Inference | San Francisco | Apply now ↗ |
| Software Engineer, Monetization Data Systems | Applied AI Engineering | Mountain View | Apply now ↗ |
| Software Engineer, Monetization Delivery | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Monetization ML Infrastructure | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Monetization Product & Platform | Applied AI Engineering | 2 locations | Apply now ↗ |
| Software Engineer, Observability | Applied AI Infrastructure | San Francisco | Apply now ↗ |
| Software Engineer, Payments | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Platform Systems | Systems | San Francisco | Apply now ↗ |
| Software Engineer, Platform Systems | Systems | London, UK | Apply now ↗ |
| Software Engineer, Privacy | Security | Dublin, Ireland | Apply now ↗ |
| Software Engineer - Privacy & Compliance | Applied AI Infrastructure | 2 locations | Apply now ↗ |
| Software Engineer, Privacy Engineering | Security | San Francisco | Apply now ↗ |
| Software Engineer, Privacy Engineering (Lawful Access) | Security | 3 locations | Apply now ↗ |
| Software Engineer, Privacy Engineering (Lawful Access) | Security | London, UK | Apply now ↗ |
| Software Engineer, Privacy Engineering (Lawful Access) | Security | Dublin, Ireland | Apply now ↗ |
| Software Engineer, Private Computing | Consumer Products | San Francisco | Apply now ↗ |
| Software Engineer, Product - Core Experimentation | Applied AI Engineering | Seattle | Apply now ↗ |
| Software Engineer, Productivity - Inference Runtime | Runtime | San Francisco | Apply now ↗ |
| Software Engineer, Productivity - Model Performance | Runtime | San Francisco | Apply now ↗ |
| Software Engineer, Productivity - Networking | Runtime | San Francisco | Apply now ↗ |
| Software Engineer, Productivity - Training Runtime | Runtime | San Francisco | Apply now ↗ |
| Software Engineer, Quality & Developer Tools \| Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| Software Engineer, Reliability | Applied AI Infrastructure | San Francisco | Apply now ↗ |
| Software Engineer, Research Developer Productivity | Fleet Clusters | San Francisco | Apply now ↗ |
| Software Engineer, Research - Human Data | Human Data | San Francisco | Apply now ↗ |
| Software Engineer, RL Training Infra | Agents | San Francisco | Apply now ↗ |
| Software Engineer, Scaled Abuse | Applied AI Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Security Observability | Security | 4 locations | Apply now ↗ |

| | | | |
|---|---|---|---|
| Software Engineer, Web Layer | Codex - Engineering | San Francisco | Apply now ↗ |
| Software Engineer, Workload Enablement | Compute | 2 locations | Apply now ↗ |
| Software Engineer, Youth Well-Being | Applied AI Engineering | San Francisco | Apply now ↗ |
| Solutions Engineer | Technical Success | Delhi, India | Apply now ↗ |
| Solutions Engineer | Technical Success | Seoul, South Korea | Apply now ↗ |
| Solutions Engineer, Ads | Ads Solutions | London, UK | Apply now ↗ |
| Solutions Engineer, Core Digital Native | Technical Success | San Francisco | Apply now ↗ |
| Solutions Engineer, Core Enterprise | Technical Success | San Francisco | Apply now ↗ |
| Solutions Engineer, Digital Natives | Go To Market | Paris, France | Apply now ↗ |
| Solutions Engineer, Digital Natives | Technical Success | Dublin, Ireland | Apply now ↗ |
| Solutions Engineer, Digital Natives (Strategics) | Technical Success | San Francisco | Apply now ↗ |
| Solutions Engineer, Large Enterprise | Technical Success | Munich, Germany | Apply now ↗ |
| Solutions Engineer, Large Enterprise | Go To Market | Madrid, Spain | Apply now ↗ |
| Solutions Engineer, Pre-Sales | Technical Success | San Francisco | Apply now ↗ |
| Solutions Engineer, Pre-Sales | Technical Success | New York City | Apply now ↗ |
| Solutions Engineer, Pre-Sales | Technical Success | São Paulo | Apply now ↗ |
| Solutions Engineer, Pre-Sales - Tokyo | Technical Success | Tokyo, Japan | Apply now ↗ |
| Sr Structured Finance Execution Lead | Strategic Finance | San Francisco | Apply now ↗ |
| Staff Security Reliability Engineer | Security | San Francisco | Apply now ↗ |
| State Government Affairs Lead (Northeast Region) | Global Affairs | 2 locations | Apply now ↗ |
| Strategic Deals | Compute | San Francisco | Apply now ↗ |
| Strategic Deals & Commercial Architecture Lead | Finance | San Francisco | Apply now ↗ |
| Strategic Finance, B2B Partnerships | Strategic Finance | San Francisco | Apply now ↗ |
| Strategic Finance, Compute | Strategic Finance | San Francisco | Apply now ↗ |
| Strategic Finance, International | Strategic Finance | San Francisco | Apply now ↗ |
| Strategic Finance Lead, B2B Strategy & Planning | Strategic Finance | 3 locations | Apply now ↗ |
| Strategic Finance Lead, Corporate Finance and Capital Strategy | Strategic Finance | San Francisco | Apply now ↗ |
| Strategic Finance, Partnerships | Strategic Finance | San Francisco | Apply now ↗ |
| Strategic Narrative and Impact Lead, Intelligence and Investigations | Intelligence & Investigations | 2 locations | Apply now ↗ |
| Strategic Operations, Industrial Compute | Compute | San Francisco | Apply now ↗ |
| Strategic Operations Lead, User Safety & Risk Operations | Trust & Safety | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Strategic Pursuits Lead | Sales | 2 locations | Apply now ↗ |
| Strategic Sourcing Leader, Go-to-Market | Finance | San Francisco | Apply now ↗ |
| Strategic Sourcing Lead, Professional Services | Finance | San Francisco | Apply now ↗ |
| Strategic Sourcing Manager, Compute Infrastructure | Datacenter Design | San Francisco | Apply now ↗ |
| Strategic Technology Negotiations Lead | Finance | San Francisco | Apply now ↗ |
| Strategy & Operations Launch Programs | Strategy & Operations | San Francisco | Apply now ↗ |
| Strategy & Operations Programs, Support | Support Operations | San Francisco | Apply now ↗ |
| Structured Finance Sr Associate | Strategic Finance | San Francisco | Apply now ↗ |
| Subject Matter Expert, Investment Banking | Applied AI | San Francisco | Apply now ↗ |
| Supply Chain Operations Program Manager, AI Infrastructure | Hardware | San Francisco | Apply now ↗ |
| Supply Chain Program Manager (SCPM) - AI Infrastructure | Hardware | San Francisco | Apply now ↗ |
| Supply Chain Transformation Architect | Finance | San Francisco | Apply now ↗ |
| Support Delivery Lead | Support Delivery | San Francisco | Apply now ↗ |
| Support Delivery Lead, Ads | Support Delivery | San Francisco | Apply now ↗ |
| Support Delivery Lead, EMEA - Dublin | Support Delivery | Dublin, Ireland | Apply now ↗ |
| Support Delivery Lead, Government | Support Delivery | Washington, DC | Apply now ↗ |
| Support Operations Manager | Support Operations | San Francisco | Apply now ↗ |
| System Performance Engineer, Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| System Power Engineer, Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| Systems Generalist, GPT Infrastructure | Compute | 2 locations | Apply now ↗ |
| Systems Integration Engineer, Build Systems \| Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| System Software Engineer, Consumer Devices | Consumer Products | San Francisco | Apply now ↗ |
| Systems Software Engineer, Management Plane | Hardware | San Francisco | Apply now ↗ |
| Systems Software Engineer, Security, First Party Hardware | Hardware | San Francisco | Apply now ↗ |
| Tax Director - Infrastructure & Incentives | Finance | San Francisco | Apply now ↗ |
| Tech Lead, Deployment & Operations — Custom Infrastructure | Hardware | San Francisco | Apply now ↗ |
| Tech Lead, Finance & Supply Chain Engineering | Finance | San Francisco | Apply now ↗ |
| Technical Business Development Manager – Infrastructure | Compute | San Francisco | Apply now ↗ |
| Technical Community Lead, Campus Leaders | Communications | 2 locations | Apply now ↗ |
| Technical Community Program Manager, Pro | Communications | New York City | Apply now ↗ |
| Technical Deployment Lead, Forward Deployed Engineering - Dublin | Forward Deployed Engineering | Dublin, Ireland | Apply now ↗ |

| | | | |
|---|---|---|---|
| Technical Deployment Lead, Forward Deployed Engineering (FDE) - SF | Forward Deployed Engineering | San Francisco | Apply now ↗ |
| Technical Deployment Lead, Forward Deployed Engineering - London | Forward Deployed Engineering | London, UK | Apply now ↗ |
| Technical Deployment Lead, Forward Deployed Engineering - Madrid | Forward Deployed Engineering | Madrid, Spain | Apply now ↗ |
| Technical Deployment Lead, Forward Deployed Engineering - Paris | Forward Deployed Engineering | Paris, France | Apply now ↗ |
| Technical Deployment Lead, Forward Deployed Engineering - Stockholm | Forward Deployed Engineering | Stockholm, Sweden | Apply now ↗ |
| Technical Deployment Lead, Forward Deployed Engineering - Zurich | Forward Deployed Engineering | Zurich, Switzerland | Apply now ↗ |
| Technical Deployment Lead, Semiconductors | Forward Deployed Engineering | San Francisco | Apply now ↗ |
| Technical Deployment Lead, Semiconductors | Forward Deployed Engineering | San Francisco | Apply now ↗ |
| Technical Deployment Lead - Singapore | Forward Deployed Engineering | Singapore | Apply now ↗ |
| Technical Deployment Lead - Tokyo | Forward Deployed Engineering | Tokyo, Japan | Apply now ↗ |
| Technical Deployment Lead - UAE | Forward Deployed Engineering | Abu Dhabi, UAE | Apply now ↗ |
| Technical Lead Manager, Data Engineering, Trust & Safety | Applied AI Engineering | San Francisco | Apply now ↗ |
| Technical Lead Manager - Training Runtime, Data(set) Movement | Runtime | San Francisco | Apply now ↗ |
| Technical Program Manager, Applied API & Product | Technical Program Management | San Francisco | Apply now ↗ |
| Technical Program Manager, Compute Infrastructure | Technical Program Management | San Francisco | Apply now ↗ |
| Technical Program Manager, Core Network & WAN Infrastructure | Technical Program Management | San Francisco | Apply now ↗ |
| Technical Program Manager, Custom Silicon Development | Technical Program Management | San Francisco | Apply now ↗ |
| Technical Program Manager, Rack Delivery | Datacenter Design | Remote - US | Apply now ↗ |
| Technical Program Manager, Robotics Data Acquisition | Robotics | San Francisco | Apply now ↗ |
| Technical Program Manager, Safety Systems Engineering | Technical Program Management | San Francisco | Apply now ↗ |
| Technical Program Manager, Strategic Initiatives | Technical Program Management | San Francisco | Apply now ↗ |
| Technical Program Manager, Support Delivery | Support Delivery | San Francisco | Apply now ↗ |
| Technical Sourcer, Research | Recruiting | 4 locations | Apply now ↗ |
| Technical Threat Investigator, Threat Intel Engineering | Security | 3 locations | Apply now ↗ |
| Technical Threat Investigator, Threat Intel Engineering - UK | Security | London, UK | Apply now ↗ |
| TLM, Embedded Experiences | Support Automation | 2 locations | Apply now ↗ |
| Token-as-a-Service Technical Program Manager | Hardware | 2 locations | Apply now ↗ |
| Tokens-as-a-Service (TaaS) Lead | Hardware | 2 locations | Apply now ↗ |
| Tokens-as-a-Service (Taas) Software Engineer | Hardware | 2 locations | Apply now ↗ |
| Training: ML Framework Engineer | Runtime | San Francisco | Apply now ↗ |
| Training Performance Engineer | Runtime | San Francisco | Apply now ↗ |

| | | | |
|---|---|---|---|
| Travel Security Manager - APAC | Corporate Security | Singapore | Apply now ↗ |
| Treasury Manager | Finance | San Francisco | Apply now ↗ |
| User Safety & Risk Operations Analyst - Global Response (Weekend Shift) | Trust & Safety | San Francisco | Apply now ↗ |
| US External Affairs Associate, Global Affairs | Global Affairs | Washington, DC | Apply now ↗ |
| U.S. State Policy & Partnerships Manager, Global Affairs | Global Affairs | 4 locations | Apply now ↗ |
| Visual Storytelling & AI Innovation Lead, Office of the CFO | Finance | San Francisco | Apply now ↗ |
| Workload Porting & Performance Engineer | Compute | 2 locations | Apply now ↗ |



OpenAI © 2015–2026 Your privacy choices