# EXHIBIT

# 18

BAY AREA // REAL ESTATE

# OpenAI enters Silicon Valley with massive lease in Google's backyard

By Roland Li, Staff Writer
Feb 26, 2026



OpenAI leased a five-building office complex in Mountain View at 350-380 Ellis St.
Google Street View

OpenAI is continuing its massive real estate expansion spree with a 450,000-square-foot lease at a Mountain View office complex, its first entry into the South Bay. The offices could hold upward of 1,500 workers.

The artificial intelligence leader signed a lease at 350-380 Ellis St., according to property records filed with Santa Clara County on Wednesday.

- **Related:** OpenAI's record $110B funding round adds fuel to S.F. economy — even as tech layoffs continue

ADVERTISEMENT
Article continues below this ad

Most Popular

1. A mysterious landlord. A tenant revolt. Inside a bizarre, only-in-San Francisco housing battle
2. Broadcaster Greg Papa laid off by KNBR as part of shuffle in midday programming

3. Someone is poisoning trees at a popular Lake Tahoe beach, sheriff says

4. A major Bay Area bridge closure is coming. Here's when drivers will be affected

5. Federal ruling blocks $700 million Bay Area casino

Your Daily Puzzles

Pile-Up Poker
Poker meets Solitaire. Cards and strategy combine in a new way.

Cross|word
An approachable redesign to a classic, featuring exclusive weekday puzzles.

Flipart
A quick daily flip. Finally someone cracked the code on digital jigsaw puzzles.

SpellTower
Word search but with strategy. Clearing the board feels really good.

OpenAI didn't immediately respond to a request for comment.

The company, led by Sam Altman, has been the fastest-growing office tenant in San Francisco in recent years, taking over 800,000 square feet in Mission Bay across three buildings. It is also in talks to sublease part of Dropbox's former headquarters at 1800 Owens St., which could potentially push its occupancy in the city past 1 million square feet.

The Mercury News previously reported the Mountain View lease.



The company, led by Sam Altman, has been the fastest-growing office tenant in San Francisco in recent years, taking over 800,000 square feet in Mission Bay across three buildings. It is also in talks to sublease part of Dropbox's former headquarters at 1800 Owens St., which could potentially push its occupancy in the city past 1 million square feet.
Lea Suzuki/S.F. Chronicle

The five-building complex was previously home to NortonLifeLock, which sold the buildings in 2021 to TMG Partners and Goldman Sachs for $357.6 million. Private equity giant KKR was the lender on the deal and foreclosed on the buildings, taking ownership in 2024.

ADVERTISEMENT
Article continues below this ad

TMG is still the property manager of the buildings, according to a person with knowledge of the deal.

It office complex is just a few miles from Google's headquarters, as well as OpenAI shareholder Microsoft's offices. Google also has secondary offices on the same block as OpenAI's new location.

Silicon Valley's office market has outperformed San Francisco since the pandemic. The region had a vacancy rate of 19.4% at the end of 2025, compared to San Francisco's 33.1%, according to brokerage Cushman & Wakefield.

It isn't clear what OpenAI is paying in rent, but generally Mountain View office space is more expensive than San Francisco, according to Cushman & Wakefield. The annual asking rent in Mountain View was $74.88 per square foot, compared to $67.47 per square foot in San Francisco, according to Cushman & Wakefield.

Feb 26, 2026



**Roland Li**

BUSINESS REPORTER

Roland Li covers the Bay Area economy — a wide-ranging beat encompassing both small businesses and tech behemoths. He writes about offices, housing, hotels, stores and the workers, entrepreneurs, residents and tourists that fill them. He is the author of "Good Luck Have Fun: The Rise of eSports," a 2016 book on the history of the competitive video game industry — a sector that was key to the rise of AI. He was previously a reporter at San Francisco Business Times, where he won awards from the California News Publishers Association and National Association of Real Estate Editors. Before moving to the Bay Area in 2015, he studied and reported in New York.

**How to reach Roland**

Email roland.li@sfchronicle.com.

## Chronicle Videos

























Around the Web

Powered by REVCONTENT

**Timeshare Resorts Forced To Refund Owners - Is Yours On the List?**
By SilverPenny

**Restaurants In Seattle With Good Senior Discounts**
By Comparisons.org

**Endocrinologist: If You Have Diabetes, Read This Before It's Removed!**
By Health Weekly

**Severe Tinnitus Has Been Linked to a Common Habit**
By Healthy Living Tips

**Cognitive Decline Begins When Seniors Say These 3 Phrases**
By Cognitive Decline

**Enlarged Prostate? Try This Tonight (It's Genius)**
By Health Weekly

**Wrap Bedroom Door W/ Aluminum Foil Tonight - Learn Why**
By Smartest Life Hacks

**Spinal Stenosis is Not From "Getting Older". Meet The Real Enemy (Stop This)**
By SmoothSpine

**Honey: The Greatest Enemy of Memory Loss (See How to Use It)**
By Health Weekly

**1 Simple Hack to Save on Your Electric Bill (Try Tonight)**
By MadeInGenius

**Never Put Mustard in Your Fridge, Here's Why**
By Healthy Living Tips

**After 60, Leg Strength Comes From One Simple Daily Move**
By ApexLabs

**Top Of The News**

WEATHER FORECASTS

Dangerous heat will roast California's Central Valley this weekend

JOE GAROFOLI

Joe Garofoli: Dem groups are falling in line on the billionaire tax. Will Newsom pay a price?



REAL ESTATE

## Do S.F. two-bedrooms really rent for $6,000 now? What the viral claim leaves out

A report of a record high median price for two-bedroom rentals in San Francisco has spread across social media, but is it accurate?

SAN FRANCISCO / WINE, BEER & SPIRITS (overlapping text)

Apdysterlistsoftheldwnariesantovisit... Sonoma County, ...Francisco housing battle

**Let's Play**

Cross|word · Flipart · Really Bad Chess · SpellTower · Typeshift · Wordbind · CubeClear

HEARST newspapers © 2026 Hearst Communications, Inc. Terms of Use Privacy Notice CA Notice at Collection Your CA Privacy Rights (Shine the Light) DAA Industry Opt Out

Your Privacy Choices (Opt Out of Sale/Targeted Ads)