# EXHIBIT

# 19

TOP STORY Influencer shot dead in Mexico while livestreaming

TECHNOLOGY

# I went inside OpenAI's secretive San Francisco headquarters

Journalist Thomas Smith got invited into the secretive glass-fronted tower in Mission Bay, and came away with a new perspective on the AI giant



A modern glass office building with a sky bridge and landscaped seating area, home to artificial intelligence company OpenAI, in San Francisco, May 27, 2025.
Smith Collection/Gado

By **Thomas Smith**
May 17, 2026

Listen Now:
I went inside OpenAI's secretive San Francisco headquarters
About 6 Minutes
1x
Everlit

Normally, when I approach the incognito San Francisco headquarters of OpenAI, a benignly terrifying security guard in a rugby shirt stares me down.

Watch More

Last week, though, I got to waltz right past him.

Friends of SFGATE enjoy ad-free reading and more in our new app. GET IT NOW

Well, almost. Apparently I waltzed a bit prematurely. As I first entered the lobby, he professionally but firmly walked me back outside and showed me how to properly scan a QR code that would grant me access to the beating heart of the buzziest, most controversial company in tech.

ADVERTISEMENT
Article continues below this ad

After that, the waltzing could continue unimpeded, because I had been formally invited inside OpenAI's secretive mothership. And what I saw there told me a lot about the company's future.

## Kimpton's baby

I was invited to OpenAI's headquarters because of my role as a tech journalist, to attend an off-the-record educational seminar.

CA MINI CROSSWORD
2,958 players solved today. Can you?
Play Now

Most Popular

1. Man who went missing from SoCal campsite found dead
2. Visa guts executives who were paid nearly $500K in latest round of AI layoffs
3. 2 weeks before kickoff, Calif. community college cancels football season
4. Taylor Farms says ex-president committed $32M fraud, including UC Berkeley gift
5. Gann Fire live updates: Blaze grows to nearly 6,500 acres

SPONSOR CONTENT
No Ordinary Days
BY:

Thomas Smith in front of the OpenAI building in San Francisco.
Courtesy of Thomas Smith

Stepping off the MUNI T Line and arriving at OpenAI's building, I was greeted, as I always am, by nothing. The AI giant's offices are entirely unlabeled. There's nary a sign or logo anywhere to tell the casual visitor that they've stumbled upon the locus of all AI power in the universe. Next door, Uber's headquarters scream "UBER" from every glass-fronted, glimmering surface. OpenAI — subletting from Uber — keeps its building silent.

ADVERTISEMENT
Article continues below this ad



That ends as soon as you step inside.

After signing in with front desk staff (who have the friendly demeanor of people who know they're being protected by a rugby-shirted man with biceps like tractor tires) I was escorted to a lobby to wait for our session to begin.

The exterior of a former Uber office building with the Uber sign visibly removed, at 1515 Third St., San Francisco, Aug. 20, 2024. Artificial intelligence company OpenAI signed a lease in 2023 to move into the office space.
Smith Collection/Gado

OpenAI's lobby is loud — aesthetically, if not aurally. The space looks like a Kimpton hotel and a Victorian cabinet of curiosities had a baby.

ADVERTISEMENT
Article continues below this ad

SHOPPING

Doze's sateen duvet cover solves one of bedding's biggest frustrations

The best walkie-talkies when cell service disappears

The ultimate guide to backpacking with your dog

Solo Windchill 30 review: A cooler with a surprisingly effective built-in AC

SFG × G
Don't let Google decide who you trust.
Add Preferred Source

BEST OF

BEST OF

BEST OF
Why homeowners use USA Bath for bathroom upgrades

BEST OF
These San Mateo plumbers should be in your favorites

BEST OF
Dispensaries on the Peninsula for canna-fans of all kinds

Every object — a 1950s metal robot figurine, a copy of Roger Fouts' "Next of Kin," a vintage camera — had clearly been placed there with intention, to communicate a message.

A copy of "On the Origin of Time," which details Stephen Hawking's theories about the universe, lay open next to comfy reading chairs, as if to suggest that OpenAI's engineers often casually thumb through such books. For reasons that are opaque to me, a vase of white flowers and also a disembodied deer antler sat beside it.

A lone gold pocket watch, sitting nakedly in the middle of a vast wooden table, felt like a test. Grabbing it as a memento seems like it'd be easy, until you remember that it's sitting in the house of the company building much of America's AI surveillance apparatus.

After a brief wait, a staff member walked me and several colleagues back to a fairly unremarkable seminar room, somewhat surprising given all the quirky detritus I'd just passed by.

**ADVERTISEMENT**
Article continues below this ad

Facade of OpenAI offices in Mission Bay, San Francisco, Dec. 11, 2025.
Smith Collection/Gado

Also surprisingly, though, OpenAI left us relatively free to wander before the presentation started (albeit with a directive not to photograph anything). So I left the room.

Inside OpenAI's lobby, I found a concert grand piano. It's a player piano, and there's not even a stool for a human musician to sit on. This feels ominously on-brand.

Deeper in the building, I found a booth filled with themed books and pamphlets that urge the visitor to "Feel the AGI immersion." It was staffed by a gigantic, papier-mache frog.

ADVERTISEMENT
Article continues below this ad

I took a pamphlet. It was covered in vague word soup about human flourishing. I realized ChatGPT almost certainly wrote it.

In the bathrooms, I found trays of toothbrushes and anti-redness eye drops, presumably to fix yourself up after a long night spent iterating on foundation models.

Facades of the offices of artificial intelligence company OpenAI in San Francisco, with view of sky bridges, March 25, 2026.
Smith Collection/Gado

I circled back to the seminar room. A digital sign outside read, "We're making AGI–and friends!"

ADVERTISEMENT
Article continues below this ad

## The gospel of Sam

For OpenAI, that last bit has proven challenging. The company is facing a massive lawsuit from Elon Musk that's revealing juicy details daily about the company's origins

and leadership. Another suit accuses it of wrongful death over ChatGPT's alleged role in a school shooting.

Amid this onslaught, the company has lately felt walled-off. OpenAI's building, again, is entirely incognito. Reaching an actual human at the company, even as a member of the media, feels almost impossible. Cryptic messages on X from Sam Altman are often the only hint that OpenAI is about to do something big.

That wasn't always the case. When I served as an independent OpenAI beta tester in 2021, the company had a chummy, academic lab feel. You could send a Slack DM to OpenAI's VP of product in the middle of the night and get an immediate response.

**ADVERTISEMENT**
Article continues below this ad

After ChatGPT took over the world, that vibe changed. OpenAI stepped back and locked down.

Office buildings of Uber and OpenAI in the Mission Bay neighborhood, San Francisco, Dec. 11, 2025.
Smith Collection/Gado

New models dropped at random times, and both tech journalists and the company's own customers scrambled to understand what had landed in their laps.

Besides a few high-profile stories — like the attempted ouster of CEO Sam Altman in 2023 — not much happening internally at OpenAI ever made it out to the broader public.

**ADVERTISEMENT**
Article continues below this ad

On my visit, though, I saw indications that OpenAI is working to shift this narrative. That fact that I — a journalist who once accused the company of lobotomizing ChatGPT — was allowed in the door in the first place is one indicator of a change.

And while there's plenty of bizarre kitsch inside OpenAI's headquarters, the walls are also covered in signs that talk about the company's origins and future, connecting its work to the artificial intelligence pioneers who came before it (including, encouragingly, early female scientists like Grace Hopper) and an imagined future where AGI becomes a utopian "infrastructure stretched across continents."

Facebook famously had an on-site sign shop, too. But its blocky, letterpress signs always felt like tech-themed Soviet propaganda posters, sporting simple, vaguely Orwellian slogans like, "Do it faster" and, "Our work is never over."

Facade of the offices of artificial intelligence company OpenAI in San Francisco, March 25, 2026.
Smith Collection/Gado

OpenAI's signs are more deliberately crafted and narrative, with paragraphs of explanatory text, historical photos, charts and illustrations. They look like museum exhibits.

ADVERTISEMENT
Article continues below this ad

Got a tip? Send us the scoop. DO IT NOW

BECOME A FRIEND. GET OUR AD-FREE APP.
Access our new app with ad-free reading, curated maps and more.
GET IT NOW

The company seems to be realizing — perhaps belatedly — that if it doesn't actively tell its story, other people will. And other people's version won't necessarily be flattering.

OpenAI probably isn't ready to send my rugby-shirted friend home and throw open its doors — or its models — to the world. But the company no longer seems content to sit, walled-off, in its glass-fronted Mission Bay tower either.

## More News

— Calif. radio station lays off entire on-air staff
— Calif. man found dead after vanishing from camp as fiancée slept
— After 117 dead dogs found, Calif. rescue owner speaks out
— Tech CEO goes viral for strange ChatGPT parenting advice

*Sign up for SFGATE's breaking news email*

May 17, 2026

**Thomas Smith**

## MOST READ ON SFGATE

LOS ANGELES
**Man who went missing from SoCal campsite found dead**

TECHNOLOGY
**Visa guts executives who were paid nearly $500K in latest round of AI layoffs**

COLLEGE SPORTS
**2 weeks before kickoff, Calif. community college cancels football season**

BAY AREA & STATE
**Taylor Farms says ex-president committed $32M fraud, including UC Berkeley gift**

CALIFORNIA WILDFIRES
**Gann Fire live updates: Blaze grows to nearly 6,500 acres**

BAY AREA & STATE
**After 117 dead dogs found, NorCal rescue owner speaks out**

CULTURE
**'Shocking': Calif. station lays off entire on-air staff with no notice**

TRAVEL
**The Colorado River party lake that's not allowed to run out of water**

Around The Web

Powered by REVCONTENT

**After 60, Leg Strength Comes From One Simple Daily Move**
By ApexLabs

**Secure Your Loved Ones With Parents Protection**
By Parents Protection - Desktop

**Noticeable Skin Blemishes? They Melt Away Swiftly With This Powerful Option!**
By Linkovibe

**Always Put Ice Cube on Patty, See Why**
By Smartest Life Hacks

**Crossover™ Victory Trainer - White / White / 10**
By Wolf & Shepherd

**TheraHoney Honey Wound Gel, 0.5 oz | 1 Each | Carewell**
By Carewell US

**Allen Edmonds Gino Loafer in Taupe Suede, Leather/Rubber**
By Allen Edmonds

**Johnston & Murphy Anders Stretch Lace Sneakers**
By Jos A Bank

**iPhone Case - 17 Air**
By Satchel & Page

**Neuropathy is Not From Low Vitamin B (Meet The Real Enemy)**
By Health Weekly

**Endocrinologist: If You Have Diabetes, Read This Before It's Removed!**
By Health Weekly

**1 Simple Hack to Cut Your Electric Bill (Try Tonight)**
By MadeInGenius

Let's Play

Cross|word Pile-Up Poker Typeshift Really Bad Chess Flipart SpellTower

Return To Top

SFGATE

**About**
Our Company
Careers
Our Use of AI
Ethics Policy

**Contact**
Newsroom Contacts
Copyright and Reprints

**Services**
Advertise with us
Classifieds
Recruitment

**Quick Links**
Real Estate Listings
Cars
Jobs
Weather
Obituaries
Newsletters

HEARST newspapers © 2026 Hearst Communications, Inc. Terms of Use Privacy Notice CA Notice at Collection Your CA Privacy Rights (Shine the Light)

DAA Industry Opt Out Your Privacy Choices (Opt Out of Sale/Targeted Ads)