# EXHIBIT

# 20

Careers

# Product Manager, IT

IT - San Francisco

Apply now

**About the Team**

The IT organization is a cohesive team that improves security, productivity, and user experience for everyone at OpenAI. We build and operate the technology foundation that enables every employee to work securely, efficiently, and with high velocity from day one, helping OpenAI remain the most secure and productive AI lab in the world. Our work spans building and maintaining reliable networks, identity and access systems, secure client platforms, and intuitive automation and self-service tools. We also support the full employee journey through smooth onboarding, well-managed hardware and logistics, and responsive global support. As OpenAI grows, we design the technology that powers our offices and keeps collaboration seamless across locations. Through strong security, scale, and simplicity, we enable teams to do their best work.

**About the Role**

As a Product Manager, you will lead vision, strategy, and execution for internal systems and platforms that enable secure, reliable, and efficient operations. You will translate technical and operational needs into clear product roadmaps, working closely with IT, engineering, security, and compliance to build scalable, intuitive, and resilient products that remove friction and improve productivity across the company.

You are systems-minded, pragmatic and iterative. You thrive in ambiguity, move quickly with good judgment, and learn through iteration and usage data. You understand how internal systems fit together end-to-end and design solutions that balance usability, scale, and security.

This role is based in our San Francisco HQ and requires in-office presence. We utilize a hybrid work model with 3 days in the office per week

**In this role, you will:**

**Set direction and drive alignment**

- Define and evolve product vision and roadmaps for core internal systems and platforms
- Ensure tools enable productivity, scale securely, and deliver a seamless employee experience
- Align priorities across IT, engineering, security, workplace and operational teams

**Iterate and ship with purpose**

- Translate operational workflows and technical constraints into clear product requirements
- Partner with engineering, security, and IT teams to ship reliable, well-designed systems
- Use OpenAI models and existing internal capabilities to simplify processes, reduce toil, and increase autonomy and efficiency
- Validate impact in production, and scale improvements over time

**Measure and improve**

- Define success metrics and measure user experience, operational efficiency, and system reliability
- Use data, telemetry, usage insights, and feedback loops to drive prioritization and continuous improvement
- Deliver measurable reductions in friction and support effort

**Build deep systems & domain understanding**

- Understand systems end-to-end to develop a strong systems level point of view
- Serve as a voice of the user, balancing usability, scale, reliability, security, and compliance requirements

**You might thrive in this role if you:**

- Have 8+ years of product management experience, ideally including internal tools, enterprise software, platform, or operations-focused product work.
- Have a strong record of driving product strategy and execution for complex internal systems and applications, taking products from 0 to 1 and scaling from 1 to 10.
- Can translate complex operational workflows and technical constraints into clear customer value and align diverse stakeholders toward a shared vision.
- Thrive in fast-changing environments where secure, reliable, and intuitive systems power people's ability to do their best work.
- Are excited to build on OpenAI models and internal agentic platforms, and to use our own technology to improve how we operate.

**Nice to have:**

- Experience applying AI and agentic technologies to build intelligent systems that automate workflows, improve reliability, and enhance the employee experience.
- Working knowledge of ITSM, employee support, enterprise SaaS, automation, or infrastructure domains, and how they integrate through APIs and shared platform services.

**About OpenAI**

OpenAI is an AI research and deployment company dedicated to ensuring that general-purpose artificial intelligence benefits all of humanity. We push the boundaries of the capabilities of AI systems and seek to safely deploy them to the world through our products. AI is an extremely powerful tool that must be created with safety and human needs at its core, and to achieve our mission, we must encompass and value the many different perspectives, voices, and experiences that form the full spectrum of humanity.

We are an equal opportunity employer, and we do not discriminate on the basis of race, religion, color, national origin, sex, sexual orientation, age, veteran status, disability, genetic information, or other applicable legally protected characteristic.

For additional information, please see OpenAI's Affirmative Action and Equal Employment Opportunity Policy Statement.

Background checks for applicants will be administered in accordance with applicable law, and qualified applicants with arrest or conviction records will be considered for employment consistent with those laws, including the San Francisco Fair Chance Ordinance, the Los Angeles County Fair Chance Ordinance for Employers, and the California Fair Chance Act, for US-based candidates. For unincorporated Los Angeles County workers: we reasonably believe that criminal history may have a direct, adverse and negative relationship with the following job duties, potentially resulting in the withdrawal of a conditional offer of employment: protect computer hardware entrusted to you from theft, loss or damage; return all computer hardware in your possession (including the data contained therein) upon termination of employment or end of assignment; and maintain the confidentiality of proprietary, confidential, and non-public information. In addition, job duties require access to secure and protected information technology systems and related data security obligations.

To notify OpenAI that you believe this job posting is non-compliant, please submit a report through this form. No response will be provided to inquiries unrelated to job posting compliance.

We are committed to providing reasonable accommodations to applicants with disabilities, and requests can be made via this link.

OpenAI Global Applicant Privacy Policy

At OpenAI, we believe artificial intelligence has the potential to help people solve immense global challenges, and we want the upside of AI to be widely shared. Join us in shaping the future of technology.

**Compensation**

Apply now ↗



OpenAI © 2015–2026 Your privacy choices