# EXHIBIT

# 25

**Subject:** Neural AI, LLC v. NVIDIA Corporation, No. 24-221 (W.D. Texas)
**Date:** Friday, August 14, 2026 at 10:49:29 AM Pacific Daylight Time
**From:** Matt Warren
**To:** Tanner Laiche
**CC:** Neural AI, LLC v. NVIDIA Corporation

EXTERNAL Email

Tanner:

I write in response to your email of yesterday. Although we do not agree with the positions you take in that email, we agree with you that further written discussion does not seem likely to bear fruit. Your email closed with a request to meet and confer "this week," that is, yesterday or today. I was not available yesterday and have limited availability today, but I can meet and confer today at 4:30 p.m. PDT. If that time works for you, please use our dial-in, +1 (415) 854-6661, with no PIN required. I look forward to speaking with you then.

Best Regards,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928