# EXHIBIT

# 26

**Subject:** Re: Neural AI, LLC v. NVIDIA Corporation, No. 24-221 (W.D. Texas)
**Date:** Sunday, August 16, 2026 at 1:29:32 PM Pacific Daylight Time
**From:** Rocco Magni
**To:** Matt Warren
**CC:** 24-221@cases.warrenllp.com, Richard Wojtczak, Max Tribble, Brian Melton, Tanner Laiche, Emily Portuguese

Correct.
--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519

**Firm Bio**

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

On Aug 14, 2026, at 6:51 PM, Matt Warren <matt@warrenllp.com> wrote:

EXTERNAL Email

Rocco:

Thanks for meeting and conferring with me just now. During the call, you conveyed your best and final offer before a motion to compel, which is for my client OAI International, Inc., to produce documents sufficient to show the information sought in your previously circulated draft declaration.

I will convey this offer to my client. I'll wait a bit before doing so, so that you can correct me if I'm wrong in my restatement of your offer, as I would not want to convey incorrect information.

Thank you for your continued time and courtesy in this matter. Have a nice weekend.

Best Regards,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928