| *Attorney or Party without Attorney:* Tanner Laiche, Esq. () SUSMAN GODFREY LLP 1201 Third Avenue Suite 3800 Seattle, WA 98101 *Telephone No:* 206-516-3880 *Attorney For:* Petitioner | *Ref. No. or File No.:* 018606 | | | *For Court Use Only* |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* USDC-Northern District of California | | | | |
| *Plaintiff:* NEURAL AI, LLC *Defendant:* OAI INTERNATIONAL, INC. | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 3:26-mc-80261 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the NOTICE OF PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON THIRD-PARTY OAI INTERNATIONAL, INC.; NEURAL AI'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON THIRD-PARTY OAI INTERNATIONAL, INC.

3. *a. Party served:* OAI INTERNATIONAL, INC.
   *b. Person served:* Abigail Flores, authorized to accept service for CT Corporation, Registered Agent , Hispanic , Female , Age: Mid 20's , Hair: Black , Eyes: Brown , Height: 5'6" , Weight: 160

4. *Address where the party was served:* 1999 Bryan Street Suite 900, Dallas, TX 75201

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Aug 19 2026 (2) at: 11:33 AM

6. ***Person Who Served Papers:***
   a. Kim Shaw, PSC 9491 (PSC-9491)
   **b. FIRST LEGAL**
   2920 N. GREEN VALLEY PARKWAY, SUITE 514
   HENDERSON, NV 89014
   c. (888) 599-5039

   **d.** ***The Fee*** *for Service was:*

7. ***I declare under penalty of perjury that the foregoing is true and correct.***

08/19/2026 — *(Date)*

Kim Shaw — *(Signature)*