Tanner Laiche
CA State Bar No. 344342
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

[Additional Counsel listed on Signature Page]

*Attorneys for Petitioner Neural AI, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Petitioner,<br><br>v.<br><br>OAI INTERNATIONAL, INC.,<br><br>Respondent. | Misc. Case No. 3:26-mc-80261-AGT<br><br>**NEURAL AI, LLC'S CERTIFICATE OF SERVICE OF MOTION TO COMPEL**<br><br>Principal case pending in Western District of Texas, Civil Action No. 7:24-cv-00221-LS-DTG |

Pursuant to the Court's August 19, 2026 Order (Dkt 3), Petitioner Neural AI, LLC hereby certifies that its Motion to Compel Third-Party OAI International, Inc. (Dkt. 1) was served on Respondent OAI International, Inc. as follows:

On August 17, 2026, Petitioner served counsel for OAI International, Inc. by electronic mail with the miscellaneous action, including Petitioner's Motion to Compel, supporting declaration and exhibits, and proposed order. A copy of that email is attached hereto as Exhibit A.

On August 19, 2026, Petitioner also served OAI International, Inc. by personal service through a professional process server. The process server personally delivered the Motion to Compel to OAI International, Inc.'s registered agent, CT Corporation, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201. A copy of the executed Proof of Service is attached hereto as Exhibit B.

Dated: August 20, 2026

Respectfully submitted,

*/s/ Tanner Laiche*

Max L. Tribble
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
Samuel Drezdzon
Texas State Bar 24117374
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com
sdrezdzon@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
CA State Bar 344342
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on August 20, 2026, a true and correct copy of the foregoing document was served on counsel for OAI International, Inc.

*/s/ Tanner Laiche*
Tanner Laiche