# EXHIBIT A

**Wednesday, August 19, 2026 at 2:36:06 PM Pacific Daylight Time**

---

| | |
|---|---|
| **Subject:** | Neural AI, LLC v. OAI International, Inc., 3:26-mc-80261 |
| **Date:** | Monday, August 17, 2026 at 9:11:33 PM Pacific Daylight Time |
| **From:** | Tanner Laiche |
| **To:** | Matt Warren, Neural AI, LLC v. NVIDIA Corporation |
| **CC:** | Emily Portuguese, Max Tribble, Tamar Lusztig, Samuel Drezdzon, Brian Melton, Richard Wojtczak, Santos Garza, Tanner Laiche, Rachel Hanna, Jacob Hoover, Rocco Magni, msiegmund, Max Ciccarelli, Rachel Solis |
| **Attachments:** | NEF 1 (OAI).pdf, 2026-08-17 OpenAI dkt 1 Memo ISO MTC, Decl, Exhs 1-27, PO.pdf |

Counsel,

Please see attached the miscellaneous action filed today in the Northern District of California to enforce Neural AI, LLC's subpoena to OAI International, including Neural AI's Motion to Compel, supporting declaration and exhibits, and proposed order.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**
This e-mail contains privileged and confidential information, which may be subject to the attorney-client privilege and/or attorney work product protection. If you received this message in error, please notify the sender and delete it immediately.