Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-80261@cases.warrenllp.com

*Attorneys for Respondent OAI International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Petitioner,<br><br>v.<br><br>OAI INTERNATIONAL, INC.,<br><br>Respondent. | Case No. 3:26-mc-80261-AGT<br><br>**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION** |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice before this Court and the State of California. I am a partner at Warren LLP, counsel for OAI International, Inc. in this action. My statements below are based on my personal knowledge and, if called as a witness, I would testify competently to them.

2. Attached as Exhibit A is an email from me to counsel for Neural AI, Inc., including its attachment.

3. On September 3, 2026, shortly after 5:30 p.m. PDT, I called Tanner Laiche of Neural AI, Inc.'s counsel to seek Neural AI, Inc.'s consent to OAI International, Inc.'s supplemental opposition to the motion to compel. Mr. Laiche did not answer my call, and I was routed to his voicemail. I left a voicemail asking for a call back.

4. Attached as Exhibit B is an email from me to counsel for Neural AI, Inc., including its attachment.

//

5. Attached as Exhibit C is an email I received from counsel for Neural AI, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4, 2026, at San Francisco, California.

Matthew S. Warren