# EXHIBIT B

## Neural AI, LLC v. OAI International, Inc., Case No. 26-80261 (N.D. California)

**Matt Warren** <matt@warrenllp.com> Thu, Sep 3, 2026 at 5:38 PM
To: Tanner Laiche <tlaiche@susmangodfrey.com>
Cc: "Neural AI, LLC v. OAI International, Inc." <26-80261@cases.warrenllp.com>

Tanner:

I write to follow up on my email below. A few minutes ago I called your direct line, (206) 505-3816, but got your voicemail. My direct line is below; please feel free to call me at any time.

In the hope that you consent to our filing, we've prepared what I believe is a neutral stipulation effecting that filing. Please review it and, if you agree, sign it and we'll file it.

In what I hope is the unlikely event that you decline to consent to this filing, please let me know as soon as possible, as the Court will expect us to get our supplemental opposition on the docket quickly, whether through a stipulation or a motion.

Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928

---------- Forwarded message ---------
From: **Matt Warren** <matt@warrenllp.com>
Date: Thu, Sep 3, 2026 at 2:57 PM
Subject: Neural AI, LLC v. OAI International, Inc., Case No. 26-80261 (N.D. California)
To: Tanner Laiche <tlaiche@susmangodfrey.com>
Cc: Neural AI, LLC v. OAI International, Inc. <26-80261@cases.warrenllp.com>

Tanner:

OAI International will seek leave to file the attached supplemental opposition to Neural's motion to compel. Our rationale for filing today rather than yesterday will be apparent when you read it. Although Neural may disagree with the substance of this supplemental opposition, and will have an opportunity to express that disagreement in its reply brief, under these circumstances we would hope that you would promptly consent to our filing of this supplemental opposition.

If you consent, we will prepare a stipulation under Local Rule 7-12. If you do not consent, we will move for leave to file under Local Rule 7-11. Please let us know as soon as possible whether you will consent, as we want to file either a stipulation or a motion today.

Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928

**Draft Stipulation and Proposed Order.pdf**
531K

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-80261@cases.warrenllp.com

*Attorneys for Respondent OAI International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Petitioner,<br><br>v.<br><br>OAI INTERNATIONAL, INC.,<br><br>Respondent. | Case No. 3:26-mc-80261-AGT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON THIRD-PARTY OAI INTERNATIONAL, INC.** |

WHEREAS, on August 17, 2026, petitioner Neural AI, LLC filed its Motion to Compel Compliance with Subpoena Served on Third-Party OAI International, Inc. (Docket No. 1);

WHEREAS, on August 27, the Western District of Texas issued an Order in the underlying action, *Neural AI, LLC v. NVIDIA Corp. Id.*, No. 24-221, Docket No. 191, but this Order was initially sealed and therefore not available to the public, including OAI International;

WHEREAS, on September 2, respondent OAI International filed its Opposition to Motion to Compel Compliance with Subpoena Served on Third-Party OAI International, Inc. (Docket No. 7);

WHEREAS, on September 3, the Western District's August 27 Order became public;

WHEREAS, on September 3, OAI International prepared a supplemental opposition based on the Western District's August 27 Order, and provided a copy of this supplemental opposition to Neural AI;

WHEREAS, a true and correct copy of this supplemental opposition is attached as Exhibit A;

WHEREAS, Neural AI's reply brief in support of its motion to compel is due on September 9;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that OAI International has leave to file the supplemental opposition attached as Exhibit A.

Dated: September 3, 2026

Respectfully submitted,

Max L. Tribble (Texas State Bar No. 20213950)
Brian D. Melton (Texas State Bar 24010620)
Rocco Magni (Texas State Bar 24092745)
Samuel Drezdzon (Texas State Bar 24117374
SUSMAN GODFREY LLP
1000 Louisiana Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com
sdrezdzon@susmangodfrey.com

Tamar Lusztig (NY State Bar 5125174)
Emily Portuguese (NY State Bar 5920327)
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche (State Bar 344342)
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

*Attorneys for Petitioner Neural AI, LLC*

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B.T. Williams (State Bar No. 329756)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-80261@cases.warrenllp.com

*Attorneys for Respondent OAI International, Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, that OAI International, Inc. has leave to file the supplemental opposition attached as Exhibit A.

DATED:______________________

HONORABLE ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE