# EXHIBIT C

# Neural AI, LLC v. OAI International, Inc., Case No. 26-80261 (N.D. California)

**'Tanner Laiche' via Neural AI, LLC v. OAI International, Inc.** <26-80261@cases.warrenllp.com> Thu, Sep 3, 2026 at 7:16 PM

Reply-To: Tanner Laiche <TLaiche@susmangodfrey.com>
To: Matt Warren <matt@warrenllp.com>
Cc: "Neural AI, LLC v. OAI International, Inc." <26-80261@cases.warrenllp.com>, Rocco Magni <RMagni@susmangodfrey.com>, Tamar Lusztig <TLusztig@susmangodfrey.com>, Brian Melton <BMelton@susmangodfrey.com>, Max Tribble <MTRIBBLE@susmangodfrey.com>, Emily Portuguese <EPortuguese@susmangodfrey.com>, Samuel Drezdzon <SDrezdzon@susmangodfrey.com>, Rachel Hanna <RHanna@susmangodfrey.com>, Richard Wojtczak <rwojtczak@susmangodfrey.com>

Counsel,

We do not consent to the supplemental filing. We disagree with the arguments raised in the proposed supplemental opposition, including its timeliness arguments, and do not believe there is a basis for a supplemental opposition after OAI's deadline. OAI may seek leave from the Court, and Neural will respond as appropriate.

Regards,

Tanner

Sent from my iPhone.

---

**From:** Matt Warren <matt@warrenllp.com>
**Sent:** Thursday, 03 September 2026 17:38:08
**To:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Cc:** Neural AI, LLC v. OAI International, Inc. <26-80261@cases.warrenllp.com>
**Subject:** Neural AI, LLC v. OAI International, Inc., Case No. 26-80261 (N.D. California)

EXTERNAL Email

Tanner:

I write to follow up on my email below. A few minutes ago I called your direct line, (206) 505-3816, but got your voicemail. My direct line is below; please feel free to call me at any time.

In the hope that you consent to our filing, we've prepared what I believe is a neutral stipulation effecting that filing. Please review it and, if you agree, sign it and we'll file it.

In what I hope is the unlikely event that you decline to consent to this filing, please let me know as soon as possible, as the Court will expect us to get our supplemental opposition on the docket quickly, whether through a stipulation or a motion.

Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928

---------- Forwarded message ---------
From: **Matt Warren** <matt@warrenllp.com>

Date: Thu, Sep 3, 2026 at 2:57 PM
Subject: Neural AI, LLC v. OAI International, Inc., Case No. 26-80261 (N.D. California)
To: Tanner Laiche <tlaiche@susmangodfrey.com>
Cc: Neural AI, LLC v. OAI International, Inc. <26-80261@cases.warrenllp.com>

Tanner:

OAI International will seek leave to file the attached supplemental opposition to Neural's motion to compel. Our rationale for filing today rather than yesterday will be apparent when you read it. Although Neural may disagree with the substance of this supplemental opposition, and will have an opportunity to express that disagreement in its reply brief, under these circumstances we would hope that you would promptly consent to our filing of this supplemental opposition.

If you consent, we will prepare a stipulation under Local Rule 7-12. If you do not consent, we will move for leave to file under Local Rule 7-11. Please let us know as soon as possible whether you will consent, as we want to file either a stipulation or a motion today.

Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928