Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-80261@cases.warrenllp.com

*Attorneys for Respondent OAI International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Petitioner,<br><br>v.<br><br>OAI INTERNATIONAL, INC.,<br><br>Respondent. | Case No. 3:26-mc-80261-AGT<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION** |

For good cause shown, respondent OAI International, Inc. has leave to file the supplemental opposition attached to its motion for leave to file. The date of this filing shall be deemed to be September 3, 2026, when OAI International, Inc. provided a copy of its supplemental opposition to petitioner Neural AI, Inc. Petitioner Neural AI, Inc. may respond to the supplemental opposition in its reply of September 9, 2026.

**IT IS SO ORDERED**.

Date: ______________

______________________________
HONORABLE ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE