Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-80261@cases.warrenllp.com

*Attorneys for Respondent OAI International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Petitioner,<br><br>v.<br><br>OAI INTERNATIONAL, INC.,<br><br>Respondent. | Case No. 3:26-mc-80261-AGT<br><br>**NOTICE OF HEARING ON MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON THIRD-PARTY OAI INTERNATIONAL, INC.**<br><br>Date: September 25, 2026<br>Time: 10:00 a.m. PDT<br>Courtroom: A – 15th Floor |

When Petitioner Neural AI, LLC filed its pending motion, it failed to follow this Court's rule requiring that all motions must be noticed for hearing when filed. Docket No. 1; *see* Civ. L.R. 7-2(a). Respondent OAI International, Inc. reminded Neural of its obligation to notice a hearing, but Neural did not respond. When a moving party fails to notice a motion for hearing, the non-moving party may do so. *E.g.*, *Cellspin Soft, Inc. v. Fitbit, Inc.*, No. 17-5928, 2023 WL 2176758, at *1 n.4 (N.D. Cal. Feb. 15, 2023). OAI International therefore notices the pending motion for hearing as follows.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Friday, September 25, 2026, at 10:00 a.m., or as soon thereafter as this matter may be heard, before Magistrate Judge Alex Tse of the United States District Court for the Northern District of California located at the Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102, Courtroom A, 15th Floor, respondent OAI International, Inc., by and through its undersigned counsel, will oppose and hereby does oppose under the Constitution

of the United States, applicable statutes and laws, and the Federal Rules of Civil Procedure petitioner's motion to compel compliance with its subpoenas.

This opposition is based on this notice, all other matters of record filed with the Court in this case, any argument at hearing of this matter, and such other materials the Court may consider.

Date: September 15, 2026

Respectfully submitted,

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
DeMarcus B. T. Williams (State Bar No. 329756)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-80261@cases.warrenllp.com

*Attorneys for OAI International, Inc.*