UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEURAL AI, LLC,<br>Petitioner,<br>v.<br>OAI INTERNATIONAL, INC.,<br>Respondent. | Case No. 26-mc-80261-AGT<br><br>**ORDER RE: MOTION TO COMPEL**<br>Re: Dkt. No. 1 |

In the Western District of Texas, Neural AI, LLC ("NAI"), is suing NVIDIA Corp. for patent infringement. *See Neural AI, LLC v. NVIDIA Corp.*, No. 24-cv-00221-LS-DTG (W.D. Tex. Sept. 13, 2024). NAI alleges that NVIDIA's GPU accelerators and superchips infringe three patents covering graphic-processor-based accelerator systems and methods. *See generally* Dkt. 1-2 (complaint), 1-8 (infringement contentions).

To determine how the accused products are deployed and configured, NAI is seeking discovery from NVIDIA's customers and end users. To that end, NAI subpoenaed nine companies: OAI International, Inc. (f/k/a Open AI, LLC), Amazon.com, Inc., Microsoft Corp., CoreWeave, Inc., Oracle Corp., Tesla Inc., Google, LLC, Meta Platforms, Inc., and x.AI Corp. All nine companies objected to the subpoenas, which prompted NAI to file nine

motions to compel. NAI filed eight of those motions in the Western District of Texas. *See* Dkt. 7 at 9–10 (identifying case numbers). The ninth motion, against OAI International, NAI filed here, in the Northern District of California. Dkt. 1.

Given the complexity of the underlying action, plus the fact that all but one of the nine motions to compel were filed in the issuing court, this may be one of those exceptional cases in which the interests of justice favor transferring the pending motion to compel to the issuing court, in the Western District of Texas. *See* Fed. R. Civ. P. 45(f).

By October 7, 2026, the party subject to the subpoena, OAI International, shall notify the Court of whether it consents to the transfer. While the motion to compel remains pending, the parties shall notify the Court of any relevant developments in the related subpoena disputes. The Court vacates the October 2, 2026, hearing on the motion to compel.

**IT IS SO ORDERED.**

Dated: September 30, 2026

Alex G. Tse
United States Magistrate Judge